IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | CIVIL ACTION NO. 3:15-CV-00106 |
| OF MAERSK TANKERS AS, AS | § | |
| OWNER AND OPERATOR | § | IN ADMIRALTY |
| OF THE M/T CARLA MAERSK FOR | § | |
| EXONERATION FROM OR | § | |
| LIMITATION OF LIABILITY | § | F.R.C.P. 9(h) |

## CLAIM OF DAMAGES FOR PERSONAL INJURY

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COME NOW** Lundy Aaron, Dollie Abbraham, Cheyla Abrego, Robin Abrego, Analeigh Abshire, Jill Abshire, Kimla Abshire, Leslie Elaine Acosta, Maribel Adame, Darrell Adams, Carmen Adams, Darrell D. Adams, Mark Adams, Shirley Adams, Shontelle Adams, Jackson Adcox, Precious Adolphie, Shemeka Kennon Agu, Myranda Aguilar, Adalena Jiselle Aguirre, Aden Avriam Aguirre, Tiffany Aguirre, Kemari Akens, Keyarra Akens, Autumn Bre'An Aker, Isaiah Paul Aker, Windford Paul Aker, Scottie Albarran, Victor Albarran, Jr., Joshua Alborran, Vickey Albritton, Jessica Aldrich, Raquel C. Aldrich, Anthony T. Alexander, Daniell Alexander, Hubert Alexander, Jayden Alexander, Johnie Alexander, Maude Alexander, Paul Alexander, Paul S. Alexander, Redia Alexander, Sean Alexander, Stanley Alexander, Adonna Alexis, Junior Alexis, Merle Alexis, Sharon Alexis, Triston Alexis, Cowana Alfred, Dana R. Alfred, Ertis Alfred, Jasmine Alfred, Jasmine Alfred, Lillie Lejogce Alfred, Linda Faye Alfred, Louis D. Alfred, Rachel Alfred, Rico Alfred, Tenika Alfred, Willie Alfred, Terry Glenn Alfred, Jr., Joshua Allbarron, Alexis Allen, Cassandra Allen, Chaun Allen, Cheroy Allen, Devante Allen, Donta Allen, Dontavius Allen, Eric Allen, Jesstarian Allen, John H. Allen, Katherine Allen, Kellen Allen, Lisa Allen, Loretta Allen, Nevaeh Allen, Stacy Allen, Tylan Allen, Anthony Alonzo, Dowane Alonzo, Esperidiona H. Alonzo, Pablo H. Alonzo, Jr., Jean Altius, Amber Alvarado, Desaree Alvarado, Maria F. Alvarado, Blanca Y. Alvarez, Alexis Amey, Tiffany Amey, Anthony Anderson, Ashley Anderson, Cynthia Rena Anderson, Jordan Anderson, Lenora Anderson, Lisa Anderson, Michael Anderson, Robin Anderson, Terry Anderson, Anthony Anderson, Jr., Ester Andrew, John Andrew, Kaedyn Hall Andrew, Trever Andrew, Mary Beth Angel, Ta'Sheaka Nicole Angulo, Brenda Anthony, Tinisha Anthony, Bobby Antoine, Loraine Antoine, Alana Arceneaux, Albert Charles Arceneaux, Carolyn

Arceneaux, Charlee Arceneaux, Christopher N. Arceneaux, Evelyn M. Arceneaux, Inecia A. Arceneaux, Merline Arceneaux, Petra Arceneaux, Shellice Arceneaux, Warren A. Arceneaux, Delanian Arceneneaux, Corrol Archangel, Mary L.S. Archangel, Dorothy Archer, Stanley Archer, Arthur Arclies, Kyle Arclies, Lisa Arclies, Cordell Ardion, Joseph Ardion, Marie Broussard Ardion, Tangela Marie Ardion, Arana Ardoin, Brenda Ardoin, Jada Ardoin, James Mithcell Ardoin, Ray Allen Ardoin, Samantha Ardoin, Ashley Ardoin, Wanda Ards, Isabell Arguello, Luis Humberto Arguello, Brayden Arline, Bryant Arline, Thelma Ruth Arline, Earl Arline, Jr., Genevieve Armstead, Justin Armstead, Ronnie Armstead, Brenda J. Armster, Kiara Armster, Leroy Armster, Myesha Armster, Shirley A. Armster, Tangela Armster, Nelson M. Armstrong, Quanneshia Arredonda, Junior Lee Arrington, Armaazian Armante Arthur, Armaziah Arthur, Benedict Arthur, Marguerite Arthur, Alvin T. Artis, Jr., Alvin T. Artis, Sr., Dan Arvie, Dana Arvie, Derick Arvie, Farrell Asbell, Addie Mae Ash, Gary L. Ashley, Rasunda Assogba, Ainsley Atherley, Samantha Auchter, Vernita R. Augstin-Haley, Martha Auguste, Matthew Auguste, Shirley Auguste, Holly Augustin, Magdelene Augustine, John Ausby, Nattie Ausby, Monica Auzenne, Le Keon K. Avery, Quianna D'Shay Avery, Martin Keon Avery III, Kim L. Avery-Skinner, Miriam Bacchus, , Shuntay Montgomery Bacchus, Jacqueline L. Bacon, Raleigh James Baggett, Margaret Anne Baice, Charlotte Renee Bailey, Elijah Bailey, Eliyah Bailey, Lauren M. Bailey, Samuel Bailey, Shameka Bailey Shane Bailey, Shania Bailey, Roy Bailey, Jr., Candice Baker, Hannah Baker, Justin Baker, Stephanie Baker, Ajahae S. Baldwin, Doris La'Starr Baldwin, Doris Smith Baldwin, Jamarion K. Baldwin, Jennifer S. Baldwin, Joanna Baldwin, Jo'Marcus Baldwin, Joshua Baldwin, Rose M. Baldwin, Tameka L. Baldwin, Thomas W. Baldwin, Lyndia Baldwin-Davis, David R. Balkum, Dequincy Banks, Evelena Banks, James W. Banks, Leon Banks, Mae L. Banks, Shanmon B. Banks, Shaslyn Camaree Banks, Susie Banks, Jamie R. Baptiste, Kioana Baptiste, Mary Baptiste, Rono Baptiste, Saundra Baptiste, Wilfred Baptiste, Marcos A. Barahona, Elsy Barcenas, Eric Bareley, Najat Z. Bargas, Erica Taylor Barksdale, Beverly Barnes, Carmen H. Barnes, Jason Barnes, Joe Barnes, Trashonna Barnes, Trey'Kel Barnes, Blair G. Barnes III, Anthony Barnett, David Barnett, London Barnett, Mary F. Barnett, Megan Barnett, N C. Barnett, Krejan Ryan Barney, Brandi Barrett, Charlotte Barrett, De'Andre Barrett, Dian Barrett, Etta L. Barrett, Malcom Barrett, Roderick W. Barrett, Steven Barrett, Wayne A. Barrett, Jan Barton, Joann Basco, Jacqueline Bassett, Annie P. Bates, Eddie L. Bates, Kaendrick Bates, Rita Bates, Nelson Bates, Jr., Iola Batt, Terrance D. Batt, Clinton Battle, Kent Christian Battle, Keyshawn Battle, Lois Battle, Ginger Bauman, Calvin D. Baxter, Sydney Beal, Yariah Beal, Euniqua Beauchamp, Kiandre Beauchamp, Jesse James Becker, Taya Lynn Becker, Azrae Beechem, Hasana Beechem, John Beechem,

Hollisa M. Beene', Marissa D. Beene', Jewelyah Mytchealle Bejarano, Yesenia Bejarano, Yesina Bejarano, Dorresa Bell, Ephrim Benard, Charles Ray Benford, Jackie Benford, Leslie Benford, Nick Benford, Sandra W. Benford, Bryant Benjamin, Violet Benjamin, Lafrance Benjamin, Jr., K'Lynn Bennett, Neva Bennett, Robbie Bennett, Robert Lee Bennett, Sonya Bennett, Lorraine N. Bent, Roy Bent, Sandra Bent, Jennie M. Bentley, James Benton, Patricia Benton, Deborah Bernard, Latosha Bernard, Nannette Bernard, Earnest Bernard, Jr., Andre Berotte, Jaime Evangeline Berotte, Stephanie Bevel, Cleo Beverly, Ronald Beverly, Hayden J. Bienick, Tony Blackburn, Bianca Blacklock, Bobbie Armstrong Blacklock, Max Blacklock, Belinda G. Blair, Brittany Blair, Sherwood J. Blair, Charles Blake, Daniel Blake, Serena Blake, Willie F. Blake, Quincy Bland, Eric Blanton, Keon Blanton, Keonna Blanton, Shawn Block, Ja'Von Dunta Bloice, Malik Bloice, Orville A. Bloice, Ricarri Blow, Ava Blunt, Edward Boast, Addie Bogany, Asha Bohannon, Jo'Rylan Bohannon, Ercell Bolden, Isiah Bolden, Jamarcus Bolden, Tarrance Bolding, Gloria Bone, Darleene Bonner, Victor Bonner, Victor M. Bonner, Jr., Gloria Boone, Barix W. Booth, Sandra Booth, Keisha Boswell, Brenda Bought, Gloria Bourgeois, Anthony Boutte, Cynthia Boutte, Elvertie F. Boutte, John Boutte, Ruby Boutte, Angela Bowen, Betty Bowen, C T. Bowen, Carolyn Bowens, Nicholas Bowens, Christian Bowie, Sofia Bowie, Craig D. Bradford, Dustin Andarew Bradford, Steven Bradford, Tives R. Bradford, Jacobi Bradforth, Helena R. Bradley, Jailee Bradley, Shawanna Bradley, Vincent Bradley, Kelvin Brady, Kelvina Brady, Kenneth Brady, Machri Brady, Pamela Brady, Patrick L. Brady, Christopher Branch, Edward Branch, Jennifer Branch, Jonathan Burris Branch, Kiahanna Branch, Shemeka Branch, Christopher Braxton, Levi Braxton, Gerica Brazle, Wynton-Earl Brazle, Mark A. Bree, Daunte Bright, Velecia Bright, Jaylynn Brinac, Kristen Brinac, Candice Brinkerhoff, Anna Brooks, Anthony Brooks, Devonte Brooks, Donald Ray Brooks, Ebony Brooks, Eddie Brooks, Erwyn R. Brooks, Jayden Brooks, Keith Brooks, Latoya S. Brooks, Mc Quesha Brooks, Quinelle Ramon Brooks, Shawana E. Brooks, Thomas Brooks, John E. Brosset, Deaundria Broughton, Bernice Broussard, Floyd Gilbert Broussard, Forest Joshua Broussard, Georgiana Broussard, Jeremiah Broussard, Linda Broussard, Tyvin Broussard, Ed Broussard, Jr., Anthony Brown, Anthony E. Brown, Anthwon Brown, Ariyah Jade Brown, Beverly A. Brown, Carl E. Brown, Curtis O. Brown, Dena Kelly Brown, Elvis Brown, Felicia A. Brown, Jaheim Brown, Johnny L. Brown, Johntanya M. Brown, , Joseph S. Brown, Laketha R. Brown, Lamyiah Jenae Brown, Laquita Brown, Mahogany Brown, Mytaia Brown, Randy Brown, Rhoda Brown, Richard Brown, Ruth Brown, Samuel M. Brown, Shemecta Brown, Sturdy Brown, Tanshi M. Brown, Tiffany Brown, Tonya Brown, Ty Brown, Larry Brown, Jr., Gemma Browne, Jacinth Browne, Ronald Browne, Titiana Browne, Mary Brugha, Alice Bryant,

Jasmine Bryant, Shirley M. Bryant, Jessica Bryson, Vernon Buchanan, Vince Montrael Buchanan, Jacob Buentello,

Ja'Kevion Bumper, Melvin Ray Bundage, Titus Burgin, Kenneth Burks, Donna Marie Burns, Arcean Burris,

Cameron Burris, Devyn Burris, Myra Faye Burroughs, Betty Busby, Kathy Lynn Busby, Catharine Bush, Elizabeth

Bush, Ilana Bush, Kaitlyn Bush, Kierra Bush, Lauretta Bush, Medisha Bush, Pamela R. Bush, Shondra Lynn Bush,

Timothy Bush, Ms Jerry Bushell, Mardal Sha Bushnell, Marvel Bushnell, Jr., Ashton Butler, Brenden Butler,

Consuella Butler, Curtis Butler, Dajia N. Butler, Daryon Butler, Derrick Butler, Emily Butler, Kiana Butler, Perina

Butler, Ricky Lee Butler, Talor A. Butler, Telicia Gay Butler, Tytiana Butler, Gabriel Butler II, Annissa Butts,

Emmanuel Butts, Ja'Zonnie Butts, Lininell Butts, Mandy Butts, Lininell Butts, Jr., Lorna T. Younger Byers,

Makayla Lashawn Byers, Peter Byron, Josefina Caballero, Sanjuan Cabcales, Dejah Danielle Cabello, Demetrio

Cadena, Mary E. Cadwell, Lynette Caeser, Noel Caldera, Aurora Calderon, Hector M. Calderon, Mary E. Caldwell,

Laquida Callica, Effeline Calligan, Luke Campbell, Precious Campbell, Uriahs Campbell, Shawna Campbell-Ward,

Vickie Foston Candelo, Calvin Cane, Joyce Marie Cane, Briana Canizales, Priscilla D. Cano, Ricky L. Caotes, Jr.,

Nona Caradine, Alytsa Cardenas, Ida Cardenas, Onica Cardenas, Angel Cardona, Aracely Cardona, Ariana Cardona,

Griffin Carlton, Christopher Carpenter, Haleigh Carpenter, Jennifer Carpenter, Jordan Carpenter, Makayla

Carpenter, Aniyah Mcangel Carr, Carroll Carr, Jayden J. Carr, Kevin J. Carr, Latasha L. Carr, Patrona Carr, Tavean

Carr, Anthony Carr, Jr., Willie Carr, Jr., Adrian Carrico, David Carrier, Georgia Carrier, Acie Carter, Baron Carter,

Jalgo Carter, James Carter, Kenneth W. Carter, Korthyn Carter, Lasuan Carter, Lorraine Carter, Makayla Carter,

Miuels Carter, Rena Carter, Traniqua Carter, Yolanda Carter, Audrey F. Cartwright, Cameron Cartwright, Chynna

Cartwright, Dana Cartwright, Desmond Cartwright, Henry Cartwright, Roberta Cartwright, Roy L. Cartwright, Zion

Tiwun Cartwright, Zyren Roshaad Cartwright, Fredrick D. Carvin, Teranyce Casey, Alondra Casiano, Mykaela

Casiano, Torynn Casiano, Carlos Perez Castillo, Jonathan Castro, Ima S. Cazabon, Jacqueline Cazabon,

Sandrameeka Ceaser, Leonardo Cedeno, Sr., Leonardo Cedro, Jr., Giovonni Celaire, Nyrobi Celestin, Blanca

Celestine, Errol Celestine, Madison Celestine, Vincent Patrick Chachere, Vincent Patrick Chachere, Jr., Kimble

Chamber, Alvenia Chambers, Eleanor Chambers, Evelyn K. Chambers, Kristen D. Chambers, Zoe Champ, Lauren

Champers, Antonio Chandler, Eugenia C. Chandler, Elgyn Chandler, Sr., Jacob Jonathan Chapa, Jose Juan Chapa,

Jr., Albert Charlery, Curtis Charles, Donna Charles, Earl Charles, Elissa Charles, Elneth R. Charles, Jada Charles,

Lesa A. Charles, Mary Ann Charles, Preth J. Charles, Thomas R. Charles, Trineka Charles, Laura M. Chassion,

Amaya Chatman, Ayanna Chatman, Anaye Chavez, Carlos Chavez, Elijah Chavez, Guadalupe Chavez, Isaac

Chavez, Josue Chavez, Keila Chavez, Paisley Chavez, Pedro Chavez, Peggy Chavez, Ronaldo Chavez, Adrian Neal Chenier, Caleb Chenier, Donna Chenier, Elijah Chenier, Jeffery Chenier, Jeremiah Chenier, Mary Chenier, Olivia Chenier, Porzia Chenier, Wille Chenier, Francis Cherry, Grita Cherry, Vincent Cherubin, Muriel Chery, Bessie Mae Chevalier, Ja'Qaishea Childress, Reenada Ann Childress, Tyreese Childress, Jaylon Chopane, Jermaine Chopane, Journee Chopane, Jaylah Christopher, Kenny Shakale Christopher, Brianna Cisneros, Yesenia Cisneros, Janice Citizen, Alene St. Julian Clark, Asia Clark, Matthew Clark, Perry G. Clark, Shiya Clark, Zorian Rayjon Clark, Kyo Clarke, Joseph Neal Clay, Brandy Clemons, Elaina Coakley, Sherri A. Coates, Rickey Coates, Jr., Cynthia Coats, Kashala Coats, Sedric Coats, Bry'An Cobbs, Mary J. Cobbs, Jasmine Cohen, Carmalita Cohn, Joshua Colar, Jaylon Cole, Kennedi Cole, Byron Coleman, Dereka Coleman, Georgia Coleman, Jessica Coleman, James Coles, Jr., Kendrick Collier, Ronald Collier, Thelma Collier, Amos Collins, Anita Rochelle Collins, Anthony Collins, Anthony Collins, Avery Collins, Aysia Collins, Carissa Collins, Carolyn Collins, Carrie G. Collins, Dashanelle Collins, David Collins, Demarea Collins, Derrick Collins, Ebony Renee Collins, Erma Collins, Hubert D. Collins, Jackie Collins, Kandace Collins, Kayden Collins, Kiyonne Collins, Lakiarna Collins, Mary R. Collins, Michael A. Collins, Raven Collins, Ruthie Mae Collins, Steven Collins, Willie Esther Collins, Bartholomew Collins III, Prentiss Collins, Sr., Arlyni Colquitt, Katelynn Combs, Shirley M. Combs, Vanessa L. Combs, Dwayne Connection, Lazarus Matthew Constante, Peter Alexander Constante, Luciano Andrew Constante, Jr., Annie Constantine, Joseph Constantine, Larry J. Constantine, Leroy J. Constantine, Mary Constantine, Matilda Constantine, Melvin J. Constantine, Shayolanda Constantine, Stella Constantine, Stephanie Constantine, Twynna Constantine, Mary A. Cook, Auteba Cooper, Barbara Ann Cooper, Cherro Cooper, David Cooper, Kaiden Cooper, Kameron Cooper, Kendris Cooper, Keovarnisha Cooper, Keyonta Cooper, Keyoshia Cooper, Leola Cooper, Marcus A. Cooper, Taylah Cooper, Toko Cooper, Tomie Cooper, Marcus Copper, Kristin Cornelius, Judith Cornell, Darlene Cornier, Francisca Elvira Cortez, Brianna Coryatt, Francisco J. Cossio, Jasmie Cossio, Alice Coudrain, Shakira R. Courtney, Jared Coverson, Frank L. Cowins, Martha Cowins, Matthew D. Cowins, Melissa M. Cowins, Sadie C. Cowins, Marsha Cox, Valentine Cox, Vernessa Craddock, Takarla Craft, Carl Ray Craft, Sr., Brisymone Crawford, Brisymore Crawford, Jasmine Crawford, Lashaundra Crawford, Mitchalina Crawford, Nora L. Crawford, Omaree Crawford, Ruby Lee Crawford, Shannon Crawford, Willie G. Crawford, James Crawley, Sarah Crawley, Hunter Myrl Creeks, Ester Crew, Larry D. Crew, Jr., Aayana Cross, Hayden Cross, Kimberly Cross, Cheryl Crowder, Alberta P. Cruse, Erica Cruse, Lachaunda Cruse, Celia Viola Cruz, Guadalupe Cruz, Michael Cruz, Malik Cuffy,

Gee Cuffy, Jr., David Cummings, Jonathan Cummings, Joshua Cummings, Sharon Cummings, Delanie Cunningham, Marvin James Cunningham, Patsy N. Cunningham, Jerry Curette, Sr., Destiny S. Curry, Erica Curry, Gloria Curry, Lashawnda Curry, Marcus Curry, Mary Curry, Rayven Curry, Tracy I. Curry, Tyanna Peters Curry, Ty'Sir X. Curry, Ben'Nequa Curtis, Mattie B. Curtis, Tsch'Vahn Curtis, Bennie L. Curtis, Jr., Wanda Cutliff, Cynetha Dabney, Carnell Dagnes, Charisma Dagnes, Amy Dalcour, Jennifer Dangerfield, Jas Daniel, Sheila Daniel, Shem Daniel, Joan Daniels, Kayla Daniels, Kenneth W. Daniels, Lamasio Daniels, Robert Daniels, Tameka Daniels, Larry Darden, Brenda Ann Davis, Chace Davis, Cindy Davis, Crezette E. Davis, Dana Davis, Essence P. Davis, Ezra R. Davis, Fran Davis, Jalaceia Davis, Jamee Davis, Joyce Davis, Malinda R. Davis, Michael Davis, Patrick Davis, Rachel Davis, Risha Davis, Sandra Davis, Saundra J M Davis, Stacy L. Davis, Temiko Davis, Tiffany Davis, Timothy Davis, Timothy Davis, Austin Days, Ermelinda De La Garza, Joyce Deajon, Morris Deajon, Donald Debose, Odell Dedeaux, Stephann Dedeaux, Mykendall Dees, Brenda Veronica Dejean, Sidney Dejean, Jesus Dela Cruz, Brenda Delasbour, Franchesca Deleon, Myster Oscar Deleon, Tvonne Delgado, Elbert Demery, Patricia Demery, Richard Demery, Wendell Demery, Carolyn Dennis, Connie Dennis, Patrick Henry Dennis, Sandra Yvonne Dennis, Jonathan Denson, Barbara Marie Deramus, Eric M. Destin, Ethel L. Destin, Jabal J. Destin, Paul D. Destin, Jr., Paul D. Destin, Sr., April Dever, Kadijah Xainthe Diaby, Alicia M. Diaz, Cindy Diaz, Danny Ray Diaz, Felipe Diaz, Jeremy Diaz, Jezebel Diaz, Luis Diaz, Mia Marie Diaz, Miguel Diaz, Randy Diaz, Roxanne Diaz, Katrina Dickey, Wanda Diggles, Jayden Dinh, Deborah Dittman, Clarissa Dixie, Zaden Dixie, Claudia Dixon, Patricia A. Dixon, Debra Leechow Dixson, Donna Doggett, Greggory Doggett, Laura Ann Donaie, Sheila D. Donald, Shelia Denise Donald, Cyrille Donelly, Boswell Doris, Derriana Dorsey, Monica Renaye Dorsey, Romeo L.A. Dorsey, Willie Dorsey, Jr., Kelvin L. Doublin, De'Anthony R. Doucet, Ronnie A. Doucet, Joseph Doucette, Kyan Doucette, Chelkie Douglas, Gail Douglas, Michelle Douglas, Pearl Douglas, Roosevelt Douglas, Catherine Meade Dowdy, Danfild Dowdy, Ja'Kwaun Dowdy, Jonah Dowdy, Porche Dowdy, Carter Dowdye, Ethan Dowdye, Jaytwan Dowdye, Keshondra Dowell, David Doxey, Mellonie Doxey, Earline Drench, Breia Drenon, Cassandra R. Drenon, Lee Brent Drenon, Darryl W. Drisdale, Lawrence V. Driver, Sherry Driver, Freddie Ducros, Jr., Freddie Ducros, Sr., Larissa Dudley, Destiny Duffy, Michael Duhart, Ella Duhon, Joseph Duhon, Marshall Dukes, Aaron W. Dumas, Annette Dumas, Richard Dumas, Annette Dumus, Joan Carr Dunbar, Raenice L. Dunbar, Andrew Dupre, Anestasie Dupre, Reginald R. Durden, Cassandran Durham, Gwendolyn Durham, Brandon Durio, Gregory Charles Durst, Tisen Durst, Jocelyn Dyer, Anthony Eagleton, Leona R. Eaglin, Phillip Eaglin, Reginald Eaglin, Daniel E.

Earl, Jewel Marie Earl, Daniel Ellils Earl, Jr., Asille Earvin, David Earvin, David C. Earvin, Malcolm Earvin,

Marlon Earvin, Robin Earvin, Tabatha L. Earvin, Warren J. Earvin, Kenneth Easton, Kianna Easton, Korbin Easton,

Kenneth Easton, Jr., Brooklyn Ecby, Caroll Ecby, Don L. Ecby, Gale M. Ecby, Glen M. Ecby, Judith Ecby, Kaylon

Ecby, Louise Ecby, Mark Ecby, Jeffery Ecby (Ms), Australia Edinborough, Clinton J. Edmond, Jayla Edmond,

Jewel Edmond, Michael Edmond, Tarell Edmond, Gerald Edmond, Jr., Gregory W. Eduardo III, Gabriel Edward,

Joan Monrose Edward, Kennedy Edward, Tyrek Edward, Deandre Edwards, Elijah Edwards, Jerry Edwards, Larry

J. Edwards, Noel Edwards, Shaneni Edwards, Terry L. Edwards, Gregory W. Edwards III, Joseph M. Edwards, Jr.,

Taylor Edwin, Barbara Egans, Dorothy Ehieze, Jasmine Elder, Quella Elder, Adrian Elias, Adrian Jesus Elias, Angel

Elias, Danayra Elias, Dolores Elias, Jenifer Elias, Jose Anjel Elias, Jose M. Elias, Yvonne Eligon, Cameron Mitchell

Elliott, Corbin James Elliott, James Earl Elliott, Kristen Elliott, Nita Beth Elliott, Carolyn Ellis, Jimmie Ellis,

Michael Ellis, Roberta Ellis, Talmon Ellis, Willie E. Ellis II, Henson Emanuel, Richard Emanuel, Dwayne

Emmanuel, Naomi Emmanuel, Rakai Emmanuel, Richard Emmanuel, Darius English, Diondra English, David Epps,

Walker Erma, Darius Ernest, Toussaint Ernest, Gauiel Erskine, Sonia Erskine, Tahir Erskine, Trayvonne Erskine,

Garcia Escalante, Alexa Esparza, Deminic Esparza, Genesis Esparza, Adan Espinoza, Elliana G. Espinoza, Jowell

N. Espinoza, Mary Espinoza, Norma Etherridge, Carolyn Due Etienne, Merv Euell, Christina Evans, Consuela

Evans, Destiny Evans, Jammie M. Evans. Jammie Maire Evans, Jewel Evans, Linda Evans, Michelle Evans, Steven

Evans, Ty'Rique Evans, Yvette Everett, Gregory A. Everhart, Floyd Ewell, Demetria R. Fairley, Reyes Gutierrez

Falcon, Sandra Fanning, Frank Farmer, Valda Farmer, Vincent Farmer, Zavion Fatheree, Angela Fears, Jazmine

Fears, Michael C. Fears, Michael Fears, Francis Fedinano, Sandy Felder, Izola Felicien, Artis Felton, Charlet Felton,

Camelle Fermin, Virgilius Fermin, Waziela Fermin, Lorenza Fernandez, Virgina Ferrier, Ikelle Fevrier, Claudia A.

Fevriere, Mesnard Fevriere, Brandon Fields, Daphaine Fields, Mary Jane Fields, Theodis Fields, , Terrance Fields,

Jr., Alvin Finnels, Bennie Finnels, Whitnye Finnels, Wykeshia Finnels, Beverly Flannel, Roland Flannel, Mark

Fletcher, Liliana Flora, Barbara Flores, Claudia Flores, Genaro Flores, Janet E. Flores, Leonel Flores, Luis F. Flores,

Maria T. Flores, Maricio Flores, Silvia Flores, Luis F. Flores III, Luis F. Flores, Jr., Albert E. Flowers, Darious

Flowers, Jordan P. Flowers, Jordan Patrick Flowers, Ocemae Flowers, Precious Flowers, Carrenton Fontenelle,

Cyprian Fontenelle, Dellon Fontenelle, Dion Fontenelle, Margo Fontenelle, Brenda Fontenot, Chance Fontenot,

Ferdinand Fontenot, Florence Fontenot, Judy Fontenot, Lillie Marie Fontenot, Maryetta Fontenot, Meghan Fontenot,

Regina Fontenot, Robert Pierrie Fontenot, Ta'Zaiya T. Fontenot, Teraji L. Fontenot, Terrell Fontenot, Yolanda

Fontenot, Euzabie Fontenot II, Jacqueline Forbes, Gloria Forcha, Ash Ford, Betty Ford, Bobbie Jean Ford, Brandon Marquise Ford, Brenda Ford, Connie Ford, Debra Ford, Ja'Kyiah Marie Kenlee Ford, Ja'Mylah A. Ford, Jarred Ford, Jerry Ford, Kemtisha Ford, Kendall Jermaine Ford, Kontreal Ford, Maranda Ford, Michael Ford, Milton Ford, Mona Ford, Robert Ford, Saige Ford, Shauna Ford, Sheila Ford, Thelma Ford, Sylvian Forde, Vivlyn Forrester, Jessie Foster III, Regina Foublasse, Michaelyn T. Fowler, Michaiah T. Fowler, Ann Marie Francis, Delashawn Francis, Dennis Francis, Latashia Francis, Mark Francis, Daniel Francois, Eddie Francois, Joanie Francois, Junior Franes, Alyssia Frank, Chequierra Frank, Cynthia Frank, Doc Frank, Jamaal Frank, Jezyrie Frank, Lawrence Frank, Linda Frank, Mister Frank, Ollie Frank, Portia Frank, Roberta Frank, Sharissa A. Frank, Sherita Frank, Stephanie Frank, Tasha Frank, Tyrone Frank, Antione Frank III, Antoine Frank IV, Cedrickk Dewayne Frank, Jr., Parnell Frank, Jr., Emtesha Franklin, Kimberly Franklin, Nyla Franklin, Terranisha Franklin, Juanita Franks, Ashanti Frazier, Eraneisha Amarie Frazier, Jordan M. Frazier, Joshua J. Frazier, Patricia Frazier, Rashawn Frazier, Robert Earl Frazier, Frank Frazier III, Bobford A. Frederick, Brenda Frederick, Christine Frederick, Hezron Frederick, Jacoby O. Frederick, Bobford Fredrick, Joel Fredrick, Brandy Freeman, Deldin Freeman, Delores Freeman, Isaiah Freeman, Knawndria Freeman, Cardel Fretty, Christian Fretty, James W. Fretty, Juanita M. Fretty, Leona Fretty, Veronica M. Fretty, Timetria Frisco, Kirsten Fritch, Bridget Louise Fruge, Irma Fuentes, Selena Fuentes, Rashad Futch, Elsie Gadson, Eugene Gadson, Jr., Ameka Gaines, Tony Gaines, Alicia Yvonne Gallow, Javin Gallow, Eliseo Galvan, Guadalupe Galvan, Jose Galvan, Antonio Galvan III, Antonio Galvan, Jr., Dulce M. Gamez, Silvia Gamez, Natalie Gany, John F. Garcia, John M. Garcia, Marcus Garcia, Maria C. Garcia, Maria Lucia Garcia, Maria S. Garcia, Robert Garcia, Serina Garcia, Stella Garcia, Craig D. Gardner, Vivian Garfield, Naewya Garnett, Amanda Garrett, Chasity Garrett, James Garrett, Kelsey Garrett, Kobie Garrett, Latorree Garrett, Zaiden Ray Garrett, Carlos Zamora Garza, Daisy Garza, Iris Zamora Garza, Maria Elena Garza, Stephanie L. Garza, Carlos Garza, Jr., Martkeyet Gaskins, Susan Gatlin, Gaenesis Gaxtan, Jacob Gaxtan, Juan Gaxtan, Anthony Gay, Horatio Gayle, Kiwanna Gayle, Kyria Gayle, Zylee Gayle, Brenda George, David L. George, Delois George, Felisha George, Herbert George, Joseph George, Keith George, Leonard George, Lou J. George, Maariah George, Mahogany George, Maria George, Mike George, Romeica George, Unique George, Sidney George, Jr., Edna George, Jr., Martha Gerson, Lila M. Geters, Ronnie Eugene Geters, Bobbie J. Gibbs, Myra Gibbs, Te'El Gibbs, Jalen Vaughn Gibson, Michelle Gibson, Tracey Giddens, Adrianne Gilbert, Annette Gilbert, Ayani Aynee Gilbert, Cirilo Abraham Gilbert, Cynthia Gilbert, Daisy Mae Gilbert, Decera Gilbert, Dorothy M. Gilbert, Germaine Gilbert, Karsynn Gilbert, Kelvin L. Gilbert,

Khloe Gilbert, Paula F. Gilbert, Matthew Gilbert IV, Jermaine Gilbert, Jr., Willie Dorsey Gilbert, Jr., Cederick Gillium, Desmond Gillum, Kimberly Gipson, Margaret Marie Gipson, Stephanie Giuillory, Kevin Glenn, , Layla Lynee Glenn, Thania Gloston, Alberta Denise Gobert, Lois Gobert, Wilfred Gobert, Jr., Anita L. Godfrey, Bobbie Joseph Godfrey, Bridgette Godfrey, Dana Godfrey, Harmonie Godfrey, Larry Wayne Godfrey, Linda C. Godfrey, Linda F. Godfrey, Malachi Godfrey, Melodie Godfrey, Sonceria L. Godfrey, Lawrence Godfrey, Jr., Maria Godinez, Roberto Godinez, Crystal Godoy, Eva Reyneaga Godoy, Juan Godoy, Delores Goffney, Curtis Edward Goins, Jamecia Shaundrel Goins, Queznual Donyea Goins, Betty J. Gold, Dariele Gold, Eloise Goldston, Milton Golightly, Rhonda Golightly, Ada Theresa Gonzales, Carlos Gonzales, Cecil Gonzales, Cecil Josp Gonzales, Cristy Gonzales, Gilbertina Gonzales, Justina Gonzales, Kevin Gonzales, Steven Gonzales, Winston E. Gonzales, Hector Gonzalez, Henrique Gonzalez, Jacob Anthony Gonzalez, Malerie Renee Gonzalez, Maria Enriqueta Gonzalez, Martha Goodall, Jamie Gooden, Elijah Gooden, Jr., Milton Carl Goodie, Romoa Goodie, Milton Goodie V, Cassandra S. Goodley, Alphonse Goodlow, Kimberly Goodlow, Reginald S. Goodlow, Willie B. Goodlow, Bailey Gordon, Daylon Gordon, Kendall Gordon, Kenneth Gordon, Shaheli Gordon, Shaliqya Gordon, Shanya Gordon, Shaqkeem Gordon, Sharique Gordon, Shavonieca Gordon, Wasworth Gordon, Wasworth Gordon, Jr., Rose Mary Goree, Geraldine Gosine, Sieunarine U. Gosine, Reginald Goudean, Carter Goudeau, Casandra Goudeau, Christy San Miguel Goudeau, Crystal Goudeau, Eric Goudeau, Isaiah Goudeau, Marcus Goudeau, Mikedesi Goudeau, Ronald J. Goudeau, Roylenne Goudeau, Shellie Delese Goudeau, Xaviar Goudeau, Ronald Goudeau, Jr., Carolyn Gouduea-Johnson, Erika Granados-Pacheco, Lyndon Granger, Malachi Javion Granger, Marquis Grant, Marsheia Grant, Anna Gray, Carl Gray, Carmichael Gray, Carolyn S. Gray, Christopher Gray, Dwaine H. Gray, Linda Gray, Mark Gray, Melinda Kay Gray, Mildred Gray, Sa'Miya Gray, Shernetta Gray, Sherman Gray, Jr., Arron Green, Calvin Green, Carolyn B. Green, Catera Green, Corey Green, Derrick Green, Domeica Green, Dwight Green, Earley Green, Edna M. Green, Ida L. Green, James Green, Kailen Green, Karlee Green, Keith E. Green, Keitra Green, Kemel T. Green, Kemel W. Green, Lester Green, Lucille Green, Lyrhic Green, Miriah Green, Patricia Ann Green, Patrick Anthony Green, Raymond Green, Rillie Green, Robert E. Green, Simone R. Green, Tiger Green, Virgie Green, Xavier Green, Iviana Greenidge, Mtima Greenidge, Felicia Gregory, Shead Gregory, David Grevenberg, Jazman Grice, Adrian Griffin, Alvonia Griffin, Brianna Griffin, James Griffin, Janette Griffin, Noverline Griffin, Paul L. Griffin, Therissia Griffin, Tiana Griffin, Deylton Griffith, Ja'Kayla D. Griffith, Jaquois D. Griffith, Jaquois Devon Griffith, Jaquois Griffith, Lizzie Griffith, Markice Dewann Griffith, Samantha Griffith, Allen Griffith, Jr., Nikita Griggs, Del Wayne

Grismore, Janette Williams Grogan, Tameca Grossley, Isabel Guerra, Janiya Michelle Guess, Robert Guidroz, Jr., Jessica Guidry, Olton Guidry, Rosie M. Guidry, Lester Guidry, Jr., Louis Guidry, Jr., Katina Katrice Guidy, Destiny Guillory, Kaylin Guillory, Kesean Guillory, Larry Guillory, Lionel Guillory, Madison Guillory, Marques Guillory, Myra Guillory, Sandra K. Guillory, Velma L. Guillory, Paris Guilory, Gregory Guitierrez, Germaine Gumbs, Germainie Gumbs, Hailey Gumbs, Jeremiah Gumbs, Crystal Gustave, Placide Gustave, Joshua Gutierrez, Damien Ramon Guy, Ramonia E. Guy, Sally Haddock, Linda Hagan, Oscar Hagan, Alice F. Haggerty, Katie Mae Haggerty, Melvina Haggerty, Michael Wayne Haggerty, Porsha R. Haggerty, Travon M. Haggerty, Sandra Haggerty-Byron, Dwayne R. Haley, Maria F. Haley, Michele Haley, Aaron Hall, Adrian Hall, Destiny Hall, Dominic Hall, Irene Hall, Jakarri Hall, John D. Hall, Kimmeshia Hall, Nioshah Hall, Rawhem Hall, Rawhemm Hall, Shakita Hall, Tisha Dushon Hall, Lawrence Anthony Hall, Jr., Bobby Hamilton, Christopher Hamilton, Gabrielle Hamilton, Jessica Hamilton, Kaysen Hamilton, Lionel E. Hamilton, Mark E. Hamilton, Michael J. Hamilton, Milton Hamilton, Myrtis Hamilton, Natasha Ann Hamilton, Roger Hamilton, Shane Ray Hamilton, Yosha Hamilton, Elandria Hamm, Ezra Hamm, Esekier Hamm, Jr., Cynthia Hammond, Pamela Hanko, Brittony Hantz, Brandy E. Hardy, , Clifford L. Hardy, Clifford Lee Hardy, Lou Hardy, Marie Hardy, Sohontill Hardy, Terri Lynn Hargrove, Marcella D. Harmon, Kimmie L. Harper, Shaelin Harper, Bre'Ana Harrell, Tracey Harrell, Zaylan Harrell, Kayla Harried, Allen Harris, Bertha Harris, Brenda Y. Harris, Breonna Harris, Caleb Harris, Charlonese Harris, Chiara Harris, Dana J. Harris, Eric Jordan Harris, Ester Harris, Isaiah Harris, Jaheim Harris, James Harris, Jannie M. Harris, Jermaine Harris, Jody Harris, Keorie Harris, Kina Harris, L.J. Harris, Larry Harris, Lois M. Harris, Lucretia Harris, Malaysia S. Harris, Mercedes Harris, Nandi Harris, Nina Harris, Patricia Harris, Rhoda J. Harris, Serena Harris, Shelia Gloston Harris, Elten Harris , Tivis Harris, Jr., Clarence Harrison, Joann Harrison, Kamora Harrison, Robert J. Harrison, Stefanie Harrison, Demontrae Hart, Melissa Hart, Calvin Harvey, Devren David Harvey, Reginald Harvey, Rhonda Harvey, Devern D. Harvey II, Glenda G. Harwell, Linda Haskin, Fabian Haskins, Katrina Haskins, Lequnton Haskins, Leslie D. Haskins, Mary Dee Haskins, Sydney Hasson, Deandre Hatter, Eric Deandre Hatter, Beverly A. Hawkins, Bruce Hawkins, Everett Hawkins, Shelia L. Hawkins, Guree Hawkins, Jr., Jimmy Hawkins, Jr., Betty Hayden, Erica Hayden, Gene E. Hayden, Steven Hayden, Kenneth Bernard Haynes, Makailah Haynes, Sabrina Haynes, Willard Hderson, Delores Head, Glendora Heads, Cydnee Heard, Xavier Heard, Cameron Hearns, Kitrin Hearns, Mildred T. Hearns, Paul F. Hearns, Lydieth Hearon, Shaniah J. Hearon, Keith A. Hearon, Jr., Ja'Mya Hebert, Michael Hebert, Milton Hebert, Sherman Hebert, Trameice Hebert, Alton Hector, Auckland Hector, Deondra Lloyd Heldore, Cody

Henderson, Ellen Marie Henderson, Gloria Henderson, Latanya Henderson, Natasha Henderson, Tanner Henderson,

Melissa Hendricks, Michelle Hendricks, Zackery Henley, Alyssa Henrillien, Melvin Henrillien, Buster Henry,

Desttiny Henry, Jayla Kiara Henry, Jerlina Henry, Jerwan Henry, Joycelyn Henry, Kevin Henry, Raynard Henry,

Shyeece Henry, Derrick Henry, Jr., Dianna Hensley, Rashawnda Henson, Lionel Herandez, Danny Herbert, Ayesha

Herd, Cartresia Elaine Herd, Dashun Herd, Elijah A. Herd, Irene Denise Herd, Jacob Herd, James Desmond Herd,

Kasim Herd, Kenneth W. Herd, Ambroseanda Herdt, Connie Herdt, Glenda Herdt, Tommie Herman, Dennis Omar

Hernandez, Martina Hernandez, Alvin Herndan, Alyssa L. Herrera, Luz Herrera, Alyssa Nicole Herron, Tammy

Hewitt, Deanna F. Hicks, Demetrice L. Hicks, Julie Hicks, Kizzy Hicks, Lillie Hightower, Ashanti Hildreth, Don

Hildreth, Latisha Hildreth, Lavonda Hildreth, Sharon Hildreth, Susan Hildreth, Bobby R. Hill, Christopher Hill,

Diana S. Hill, Israel R. Hill, Lydia Hill, Teresa Hill, Valies M. Hill, Verdie Hill, Waltrina Hill, Dennes Hippolyte,

Bobbie J. Hobbs, James Hobbs, Betty W. Hodge, Edgar R. Hodge, Jahquis Hodge, Maleek Hodge, Sherry Hodge,

Jeffrey Danyell Holiman, Tamara Holiman, Judith Hollinger, Johnnie Hollis, Armani Holmes, Barbara Holmes,

Brendon Holmes, Ebonie P. Holmes, Jennifer Marie Holmes, Kadijas Holmes, Kelvin C. Holmes, Latricha Marie

Holmes, Marie V. Holmes, Marjorie Holmes, Nicole Holmes, Princess Holmes, Royce C. Holmes, Christopher

Gene Holmes, Jr., Freddie Holmes, Jr., Charles Holt, Latrica A. Holt, Robert Holt, Symora S. Holt, Mitchel Homo,

Florie Haley Honore, Michea Floentino Honore, Rodney Honore, James Hoobs, Barbara Kelly Hooper, Dareion

Hopkins, Deron Hopkins, Eddie Hopkins, Kristina Hopkins, Re'Zon Hopkins, Ronald Hopkins, Rose M. Hopkins,

Corrine Hopson, Stephanie R. Hopson, David Hopson III, Ja'Ceon Horn, Antionette House, Aeris Z. Howard, Chloe

Howard, Jaarcus Howard, Jay La Howard, Lastacia Howard, Lattrell De'Sean Howard, Rayven Howard, Willie

Howard, Jr., Antionette D. Howell, Frank M. Howell, Minnie Howell, Carli Hubert, Christopher Michael Hubert,

Cloey Hubert, Christhopher Hubert, Jr., Brattannia Hudson, Cornell Hudson, Elijah Dontae Hudson, Isaiah Hudson,

Marsha Hudson, Odiel Hudson, Ronnie Hudson, Sharon Hudson, Tiawanna S. Hudson, Troy W. Hudson, Jr.,

Katerena Huff, Lola Huff, Sarah Huff, Bennie Hughes, Carolyn Jane Humphrey, Clora Humphrey, Jewel L.

Humphrey, Theresa Humphrey, Euris Hunt, Jr., Alexis Hunter, Demonteroy Hunter, Jc Hunter, Jermy Hunter, Misty

Hunter, Shameka Ann Hunter, Trancejia Hunter, Trayveon Hunter, Kimberly Gates Huntsberry, Delea Hurtado,

Brooke Huskin, Riviere Hypolite, Blanca Infante, Manuel Infante, Rachel E. Infante, Virgen Infante, Teresa Ingram,

Amya Isaac, Cmyjoi Isaac, Tierra Isaac, Tate Isaac II, Jermiah Ithcell, Alex D. Jack, Karson Jack, Leola Marie Jack,

Leon D. Jack, Riley Travon Jack, Theresa Jack, Tyeshia Jack, Cyrille Devon Jacko, Malaysia Jacko, Andre' De'Shay

Jackson, Andrea Jackson, Bridgett Jackson, Damonae Jackson, Dandrick L. Jackson, Gregory Jackson, Jemoul Jackson, Julie M. Jackson, Karen Jackson, Kash Jackson, Keisha M. Jackson, Kynade Jackson, Laverne J. Jackson, Lena Jackson, Leon Jackson, Mahogany Jackson, Mary E. Jackson, Nakia Jackson, Patricia Annette Jackson, Rodney Jackson, Ryan Jackson, Stephanie Jackson, Tamara Neshion Jackson, Taylor Jackson, Thomas S. Jackson, Tommy L. Jackson, Donny G. Jackson, Jr., Demarcus Jackson, Jr., Kareda C. Jacob-Evans, Angela K. Jacobs, Carmello Jacobs, Vincent Jacobs, Elvis Jamerson, Brandon James, Brenda James, Brittany James, Evcheria James, Johnta James, Justina James, Patrick James, Sammy James, Tyeisha James, Arthur Jason, Artis Jason, Iyesha Jason, Nyesha Jason, Frances Jean, Justin Jean, Peggy L. Jefferies, Charles V. Jefferson, Christina Jefferson, Corey R. Jefferson, Jaenique Jefferson, N'Shari Jefferson, Rickey Jefferson, Sat Jael Jefferson, Shawna D. Jefferson, Shirley Jefferson, Tiffane M. Jeffries-Alridge, Adrien Jemmott, Breanna Christina Jemmott, Brian Devin Jemmott, Cynthia Chery Jemmott, Brian Jenkins, Kane Lee Jenkins, Katherine Jenkins, Kory Lee Jenkins, Elijah Jensen, James Jerrels, Dora Luz Jimenez, Esther Jimenez, Hairold Jimenez, Irma R. Jimenez, Kayla G. Jimenez, Maddison Jimenez, Maria Margarita Jimenez, Catherine Jn' Marie, Judith Jnbaptiste, Kennedy Jn-Marie, Merle Jn-Marie, Selwyn Job, Augustus John, Carla John, Chelsee Antoine John, Esther John, Jadale John, Kaeson John, Lucina John, Rosamonde John, Alantis Johnson, Alexa Johnson, Amanda M. Johnson, Angela Johnson, Angela R. Johnson, Anthony Johnson, Ativa Johnson, Aubrey Johnson, Bernetta Johnson, Brian Johnson, Brian Johnson, Brian L. Johnson, Britanie Johnson, Brooklyn Johnson, Cameron Johnson, Carol Johnson, Charlene Johnson, Charles Johnson, Christina Johnson, Clemisha W. Johnson, Cory Johnson, Denise Johnson, Denise Laday Johnson, Desmond Johnson, Devondre Deshon Johnson, Dominique Leon Johnson, Donna Mills Johnson, Dorothy M. Johnson, D'Won Johnson, Earl Johnson, Edgar Johnson, Emmett Johnson, Everett Johnson, Frankie Johnson, Jacob Johnson, Jaylen Johnson, Jeremiaya Johnson, Jessica Johnson, Jessica Johnson, Jessye Raye Johnson, Jovan J. Johnson, Julian Johnson, Julian Johnson, Kaneisha Johnson, Ka'Shyree D. Johnson, Kaylon Johnson, Kevin Johnson, Klassii Johnson, Klassil K. Johnson, Lo-Marcus Johnson, Londyn Johnson, Loris A. Johnson, Malik Johnson, Marquise Johnson, Mason Johnson, Melvin Johnson, Michael Johnson, Milton Johnson, Nathaniel Jerome Johnson, Natira Johnson, Nevaeh Joy Johnson, Peter Johnson, Phillip Desergio Johnson, Ramona Johnson, Ramona L. Johnson, Raquel Johnson, Rayesha Johnson, Raylon Johnson, Rockisha Johnson, Royal Johnson, Sandra Johnson, Santana Johnson, Selena Johnson, Shannon Johnson, Sharon R. Johnson, Shontel Johnson, Solomon Johnson, Tiaralynn Johnson, Tiffany Johnson, Tychicus Johnson, X' Zavier Johnson, Bridgett Johnson-Muodebe,

Jessica Joiner, Ray Joiner, Alayiah Jones, Alexandria Jones, Alexis Jones, Alton Jerome Jones, Alyssa Jones, Annette Jones, Aubryanne Jones, Ayesha Jones, Aysia Jones, Billy R. Jones, Calvin Jones, Claude Edward Jones, Debra Jones, Diamond Jones, Diana Marie Jones, Ella C. Jones, Ernest Lee Jones, Ervin Eaden Jones, Ervin L. Jones, Florence Jones, Garrison Jones, Henry Jones, Hilda J. Jones, Jacklyn Jones, Jerresha Jones, Jocelyn Jones, Kayanee Jones, Kimisha Jones, Lakeshia Donya Jones, Leslie Jones, Lucinda Jones, Lucretia Jones, Makhai Jones, Mary E. Jones, Mazarine Jones, Myeshia Jones, Nadell Jones, Necy Jones, Phoenix Jones, Quincy Jones, Quinton Jones, Rebecca Jones, Selethia Jones, Serenity Jones, Shannon Jones, Staci Jones, Talore Jones, Tamika Jones, Terra Jones, Theresa Jones, Theresa Jones, Tommie E. Jones, Tristan Jones, Venezuela Jones, Zedarus Jones, James W. Jones III, Nodell Jones, Jr., Venezuela G. Jones, Jr., Alvin Jones, Sr., Gloria Jordan, Journey Jordan, Julius Jordan, Emmitt C. Jordan, Jr., Alexus Joseph, Aliyah G. Joseph, Andre Joseph, Anthony Joseph, Aromoniee Joseph, Aubree N. Joseph, Bessie Mae Joseph, Brittany Joseph, Chard Joseph, Diana Joseph, Dnay Joseph, Faith Joseph, Felix Joseph, Garfield A. Joseph, Garth Korbin Joseph, Islet Joseph, Kenneth Joseph, Martin Joseph, Micarla Joseph, Omar Joseph, Randolph Joseph, Ronald E. Joseph, Sandra Joseph, Shayla Joseph, Sirementia Joseph, Patricia Ann Joseph , Clarence Joseph, Jr., Benito Juarez, Jazlynn Juarez, Yolanda Juarez, Nashella Jean Judge, Troy Damian Judge, Alice Hatter Keener, Tamorreo Kelly, Jr., Brianya Kennedy, Celeaj Kennedy, Johnny Kennedy, Vinita Kennedy, Conrad Kessley, III, Darrion L. Khan, Nancy Khan, Aaron King, Arianna King, Bobbie N. King, Devonshae King, Erica King, Jacqueline King, Michel King, Rickey King, Robert E. King, Smith King, Sylvia King, Michael L. Kinney, Anya Ciara Kirk, Brittney Kirksey, Debra Kirksey, Jessica Kirksey, Frances Kirkwood, Journey Ma'Ree Kirkwood, Kevin Kirkwood, Tiffani Nichole Kirkwood, Dimitric Knight, Margie Knoxson, Roosevelt Knoxson, Joyce Ann Kressley, Conrad R. Kressley III, Conrad Rasco Kressley, Jr., Connie La Frantz, Dianne La Salle, Wellington Laborde, Enjoli Lachapelle, Angela Richard Lacour, Joe Fred Lacour, Sr., Belinda Laday, Dorothy Laday, Gary Darnell Laday, Raymond Laday, Jr., Marcus Lafayette, Chriszetta Lamark, Anesia Lamont, Joel J.L. Lamont, Malisha Lamont, Albertine Lanbert, Timothy W. Land, Jr., Andrea Landry, Anetta Landry, Arthur Landry, Hazel Landry, Jeanene Landry, Jer'Nae Landry, Strickland Landry, Jaden Langelier, Yusuf Langelier, Remotta Langford, Janet Lara, Joyce L. Laramore, Ausion Lavan, Mary V. Lavan, Patricia Lavan, Robert Lavan, Vanessa Lavan, Xavier Bradley Lavan, Myra A. Lavergne, Geraldine Lavigne, Jennelle Lawrence, London Lawrence, Robert Lawrence, Kevin Wayne Lawson, Latoya Lawson, Casey Lawton, Tina Marie Lawton, Carolyn Lazo, Robert Lazo, Andres Lbarra, Jr., Phuc Le, Anestasie Le Blanc, Chantal Le Blanc, Tyra Le Blanc, George

Leah, Stephone Leaks, Ethel Leal, Florencio Leal, Mona Leal, Jyneane Leary, Earl Leblanc, Gwendolyn Leblanc, Leona Leblanc, Luke Leblanc, Nolma Leblanc, Charley R. Leblue, Doris M. Leblue, Adrian Leday, Byron Leday, Jewell Leday, Alize Lee, Barbara Lee, London Lee, Matthew R. Lee, Moses Lee, Peggy Lee, Tamyra Lee, Willie Lee, Silvia Legard, De-Nayah Leonce, Kymani Leonce, Lucas Leonce, Gerardo J. Lerma, Imelda Ida Lerma, Imelda Lerma, Sarai Lerma, Joyce Levan, Raymond Levan, Walter Levan, Raymond Earl Levan, Jr., Andre Lewis, Anisa Lewis, Bettie Lewis, Brady Lewis, Brenda Gail Lewis, Byron M. Lewis, Carl Lewis, Charlie Lewis, Charrisse Lewis, Christian Lewis, Crysta Lewis, Deborah Lewis, Deletore Lewis, De'Wanna Lewis, D'Merius Lewis, Donald Ray Lewis, Elizabeth Lewis, Emily Lewis, Florida Lewis, Gloria J. Lewis, Henery Lewis, Jaketha Lewis, Jalisa Lewis, Jermaine Lewis, Jevonne Lewis, John D. Lewis, John Lawrence Lewis, Julita Lewis, Kavion Lewis, Keisha Lewis, Kenny Lewis, Keshla Samone Lewis, Kimberly Lewis, Kiyanna F. Lewis, Kiyomi S. Lewis, Latanya Lewis, La'Tonio Lewis, Lola Lewis, Louane B. Lewis, Louvelta Lewis, Ma'Kaylah Lewis, Mariah Lewis, Michelle Lewis, Millicent Lewis, Orlando Lewis, Paisley Lewis, Paul Ray Lewis, Priscilla Lewis, Rai'An Lewis, Rayonta Lewis, Revoyder Lewis, Richard Lewis, Robert Earl Lewis, Roniya Lewis, Ronnia Lewis, Rose Lewis, Sandra Henderson Lewis, Sandra Lewis, Sheila Lewis, Shellice Lewis, Tamika Lewis, Taylor Lewis, Tiffany Lewis, Tisheena Lewis, Tonika Lewis, Torae Lewis, Ty' Lexa Lewis, Vincent Lewis, Willie Lewis, Wilma Lewis, Yolanda Lewis, Zara Lewis, Zoey Lewis, Zorian Lewis, Charles R. Lewis, Jr., Jc Lewis, Jr., Sidney E Lewis, Jr., Timothy Lewis, Jr., Charles R. Lewis, Sr., Jordyn Jynee Ligons, Alejandro Liman, Alejandro Limon, Rachel Lindley, Clifton Lindsey, Dominique Lindsey, Flendia R. Lindsey, Curtis Lister, Georgia Lister, Felicia Little, Leona Little, Preston Little, Brittany Littleton, Sirron Livings, Handel Livingston, Cassandra Lloyd, Elvita Lloyd, Stephen Lloyd, Betty Lockett, Cynthia Lockett, Jerome Lockett, Ronald Lockett, Perris R. Loften, Anthony Long, Debbie L Long, Roosevelt Long, Harry Garland Long, Jr., Alejos Lopez, Destiny Lopez, Dirdine Lopez, Fenton Orlando Lopez, Gerardo Lopez, Javontae J. Lopez, Mario L. Lopez, Mia Lopez, Nancy Lopez, Nathan Lopez, Stephanie Lopez, Mario L. Lopez, Jr., Sean Franks Lovelace, Michael D. Lovelady, E'Necia Lovings, Nyeshia Lovings, Shanquinthia Lovings, Kyle Joseph Lowe, Casey Loyd, Alfonso Lucatero, Jr., Josiah C. Lujano, Aaliyah Luna, Seruando Luna, Andrean Lundy, John Lunga, Alyssa Darlene Lunt, Heather Lunt, Vincent Lyom, Jennifer Lyons, Felicia Mack, Hughton Mack, Shellon Mack, James Mack, Jr., Cecil Mackey, Elijah Mackey, Jermaine Mackey, Marian Mackey, German Macrchan-Rivera, Brittany Madison, Davylan Madison, Mary Madison, William Madison, Linda F. Magwood, Johnsha Carter Maiden, Carol Major, Coliyape Major, Cory Major, Cory Major, III, Timothy T. Malbrough,

Kameka Mallett, Audrey L. Malone, Chris C. Malone, Ella L. Malone, Emma W. Malone, Jo Vontae Malone, Kiotti Malone, Lache D. Malone, Rischard Malone, Robert E. Malone, Torreia Malone, Joseph Malone, Jr., Keara Manning, Janeshia Mansfield, Kaneria Marks, Nanette Marks, Troshia Lynne Marks, Eldridge Marks, Sr., Sadiez Marquez, Xavier Marquez, Xzuyden Marquez, Helen Marie Marshall, Daine Martelly, Vance Martin, Abraham Martinez, Antonio Martinez, David I. Martinez, Eloina Martinez, Faith Martinez, Francisa Anita Martinez, Jesus R. Martinez, Jose Alberto Martinez, Jose' A. Martinez, Miriam Inez Martinez, Noima Alicia Martinez, Donald R. Martinka, Rose Martinka, Cyprian Maryat, Patricia A. Maryat, Bobby Mason, James Mason, Lodee Mason, Tina Marie Mason, Bobby Mason, Jr., Vernella L. Massicott, Zaene A. Massicott, Zavier T. Massicott, Donald R. Mathews, Jasmine Mathews, Beverly A. Mathis, Kathryne Mathis, Kori Mathis, Latonya Mathis, Michael Mathis, Nicole N. Mathis, Tammy Mathis, Trevence Mathis, Anna Matthew, April Matthew, Jordy Matthew, Anna Matthews, Jnola Matthews, Johnny Williams Matthews, Latoya Matthews, Mary L. Matthews, Tracey Jerome Matthews, Troy L. Matthews, Dorothy Maxey, Earnest Maxey, Eddie Maxey, Javon Maxey, Julisa Maxey, Julisa S. Maxey, Kaylee H. Maxey, Kodi Maxey, Mallory Maxey, Ola Mae Maxey, Ruther Maxie, David May, Demetria Nicole May, Gregory May, Vanessa May, Wilfred May, Eugene Mayes, Roshell Mayweather, Jimmy Mc Cain, Nathan Mc Cormick, Cameshia Mc Cullaugh, Andrea F. Mc Ginty, Mary A. Mc Quietor, Cayson Mcafee, Cecil Mcafee, Cecil Mcafee, Jr., Flora D. McBride, Christopher McCarty, Diamond McCarty, Nathan McCormick, Ayesha McCovery, Danielle McCovery, Tara McCovery, Michael McCoy, Tiwanna McCoy, Sinciere McCroy, Courtney McCullough, Monica McCullough, Sha'Mya McCullough, Judy McDaniel, Karl L. McFarland, Laniya Journii McFarland, Carl McGaskey, Gwendolyn McGaskey, Michael McGaskey, Mike McGaskey, Tae'Lan Michael McGaskey, Sherman Jordan McGee, Angela McGirr, Jamie Lea McGlory, Erma McGrew, Theresa McIntosh, Lula M. McKenzie, Makiyla McKenzie, Rhyneil D. McKenzie, Tamika McKenzie, Ariel McLeal, Quin'Zavies McLeal, Tenika Mechale McLeal, Amare McLehnan, Amelia McMillan, Karina McMinn, Pamela McMinn, Thomas McMinn, Vanessa McMinn, Michael A. McZeal, Junior S. Meade, Shazim J. Meade, Raina A. Mediha, Robyn Mediha, Rubin L. Mediha, Rubin Mediha, Isabel Medina, Daisie Medlin, Bobby Ray Melton, Sue Melton, Juan P. Mendez, Maria Mendez, Andres Mendoza, Iris Nicole Mendoza, Lucrecia Mendoza, Mia Lucrecia Mendoza, Charisma Menifee, Travis Menifee, Jaden Meredith, Bianca Merritt, Dianca Merritt, Jocelyn Merritt, Robelia Merritt, Tiffany M. Merritt, Virginia R. Merritt, Alexis Metcalfe, Juliana Metcalfe, Valente Metoyer, Bertha Meullion, Jacintha Michel, Henry San Miguel, Jason San Miguel, Adriene Miles, Freddie L. Miles, Rogan Miles,

Jacari Milladge, Tarik Milladge, Xavier Milladge, Courtnae Millage, Tarik Millage, Jr., Elizabeth Miller, Grady Miller, Kimberly A. Miller, Ronieshea Miller, Shauta Miller, Susie A. Miller, John Millhouse, Amoyo Mills, Leroy Mills, Sr., Hazel Minix, Jasmine Miranda, Nancy Miranda, Stacy Miranda, Daisy Mireles, Emily Mireles, Mariah Mireles, Humberto Mireles III, Camille Mitchel, Alfred Mitchell, Angela Renee Mitchell, Antoinette Dward Mitchell, Ashley Mitchell, Deborah Mitchell, Doreenthea Mitchell, Gemma Mitchell, Kemya Mitchell, Laura Mitchell, Lydia E. Mitchell, Mariah S. Mitchell, Monica Mitchell, Ricky Mitchell, Roderick J. Mitchell, Tess Mitchell, Tonya Mitchell, Zazie Mitchell, Zuri Mitchell, Anglia Mithcell, Dinora Mixon, Early D. Mixon, Jeanette Mixon, Rose Lee Mixon, Stasha Mixon, Dorothy Mobley, Casandra Keitha Modeste, Leah Modeste, Octavian Keith Modeste, Sylvia Modeste, Octavian Keith Modeste, Jr., Markeceia Modicue, Dacundrion Modicure, Johnathan Moffett, Ricky Moffett III, Lovella Mogere, Joseph Moise, Jasmine Monroe, Gloria Monrose, Victor Monrose, Lorena Monsivais, Jorge Montemayor, Carter Montgomery, Cassandra Y. Montgomery, Darriona Montgomery, Darrius Montgomery, Johnnie Montgomery, Jyquis Montgomery, Mason Montgomery, Molie L. Montgomery, Nichelle Montgomery, Leroy G. Montgomery, Jr., Leroy G. Montgomery, Sr., Carl B. Moore, Chamecca Moore, Craig Moore, Cris Moore, Danny Moore, Debra Diana Moore, Diane D. Moore, Dorian Moore, Erin Moore, Gary Wayne Moore, Grace Moore, Henry Mae Moore, Jeanette Diane Moore, Mary J. Moore, Charles Moore, Sr, John Gerald Moore, Sr., Orlando D. Morales, Sebastian A. Morales, Stacey K. Moran, Amri Moreno, Gloria I. Moreno, Tamisha Morgan, Alexandria Morris, Alvin Morris, Craig Morris, Cynthia Morris, Delores Morris, Donna Singleton Morris, Marc Morris, Maurice Morris, Marc Morris, Jr., Melvin Morrow, Clarsha Moses, Jerrick Mosley, Bernice Moss, Eugene Moss, Madison Mouton, Mya Mouton, Angelique Mubiriki, Gumero Munguia, Maria Del Carmen Munguia, Mary Carmen Munguia, Gumero Munguia, Jr., Mary Munoz, Christina Munrose, Jamaine Munrose, Gatson Murphy, Lesslie Lynette Murphy, Phillip Murphy, Jeremiah Dewayne Murphy-Cedano, Allster A. Murray, David J. Murray, Eian J. Murray, Isaiah A. Murray, Kamarrio Murray, Izeria Myers, Michael Myers, Quintine Myers, Cara Myles, Charzetta Myles, Chimere Myles, Cora Myles, Frederick Myles, Gloria B. Myles, Marlon J. Myles, Natishia M. Myles, Archie Myles, Jr, Edward Myles, Jr., Archie Myles, Sr, Mcthaniel Narasse, Barbara Lynn Narcisse, Chasity Ameilia Narcisse, Kar'Daisha Narcisse, Pryncess Lylah Narcisse, Valencia Narcisse, Willie Narcisse, Yvonne Narcisse, Susan Narisse, Ahlani Yvonne Nash, Christina La'Naye Nash, Chavez Nathan, Mearedy Neal, Clayton Neaville, Jeffery Neely, Brianna Nelson, Eaden Nelson, Elijah Nelson, Kay'Viance Nelson, Malik Nelson, Shirley Nelson, Zitaviyla Nelson, James Earl Nelson, Jr., Kevin Dwain Newberry, August J. Newels,

Kamryn Newman, Casandra Newport, Larry Newton, Sharon Newton, Alexis Nichols, Ashley R. Nichols, Bobbie Nichols, Ira J. Nichols, Jerry W. Nichols, Jo Helen Nichols, Joshua A. Nichols, Kalvin Nichols, Lelia Nichols, Marie E. Nichols, Nichelle L. Nichols, Patricia A.M. Nichols, Stewart Nichols, Tajuana Nichols, Yolanda R. Nichols, Monroe Nichols, Jr., Edward J. Nichols, Jr., Jmaal Nickerson, Rebeca Nieto, Christena Nightingale, Christopher Nightingale, Jasmine Nightingale, Daphne Noble, Albert Nobles, Breann Celeste Norde', Mario Norde', Natanya Leann Norde', Nathan Norde', Thomas J. Norman, Christoher Norman, Sr., Stephanie Normand, Jerrial Normand, Jr., Jimmy D. Norris, Marilyn C. Nunez, Kingston O'Banioin, Kemuma Obanyi, Kemutpo Obanyi, Natasha J. Obey, Helen O'Bryant, Mary Booker O'Bryant, Tina O'Campo, Khristian Oche, Ashanti Odom, Carlyon Jerome Odom, Devon Odom, Erica Ojeda, Avionce Olaiye, April Olige, Jayden Olige, Tequila Olige, Phelitra Olivierre, A'Llsan Ollivierre, Mya O'Neal, Myron O'Neal, Myron Oneal, Sr., Myron O'Neal, II, Ashley O'Neil, Edward O'Neil, Monica M. O'Neil, Arturo Ordaz, Wallace Orebo, Jr., Maribel Ortiz, Victori Lynn Ortiz, Victoria Lynn Ortiz, Francisco Javier Ortiz, Jr., Shaquan Overson, Kathryn Overton, Allen Oviatt, Ashley Oviatt, Katherine Oviatt, Ryan Oviatt, Xavier Ryan Oviatt, Alexis Oviedo, Chriszetta Owens, Darren Owens, Javion Owens, Kevin Owens, Zenetta Owens, Vallire Ozene, Adrian Pacheco, Jennier L. Paddy, Jorall Padilla, Julian Padilla, Maribel Padilla, Bridgette C. Page, Joseph I. Page, Reginald R. Paige, Lourdes J. Palacios, Jose Damian Palacios-Escobero, Claudette Palmer, Krystina Palmer, Looney Wayne Palmer, Michelle Lee Palmer, Cynthia Palton, Florecilla Bernice Palton, Garona M. Palton, Jules Palton, Leslie S. Palton, Olivia R. Palton, Roseline Palton, Taliyah Palton, Jerry Pantallion, Maria C. Pardon Rodriguez, Isabella M. Parker, Jerri L. Parker, Patrick O. Parker, Edward F. Parker, Jr., Ashton Parris, Carmen Parris, Jasmine B. Parris, Jayda Parris, Wilbur Parris, Conrad Pascal, Rosaris Alleyne Pascal, Dana L. Patterson, John Patterson, John W. Patterson, Emily J. Patton, Richard Beauchamp Paul, Rolanda Y. Paul, Breanna Pavliak, Adoniyah Connor Payne, Darren L. Payne, Darren Payne, Debbie Payne, Jaela Payne, Joseph Payne, Keitoria Payne, Kiaya Christine Payne, Letrevion Marquise Payne, Mareece Payne, Mariyah Payne, Markeith Payne, Patrick Adams Payne, Crystal Pedraza, Abrielle Pena, Ariana Pena, Bethany A. Pena, Gabrielle Pena, Hope Pena, Joseph Pena, Kaleh Austia Pena, Linda Pena, Marcos Anthony Pena, Marcos Pena, Ramona Pena, Khiana Penn, Raheem Penn, Adamaris H. Perez, Albino Perez, Angel Perez, Deyme Perez, Jessica Perez, Larissa Perez, Maria Perez, Mayra Uzeth Perez, Ramon Perez, Rose M. Perez, Alicia Perkins, Arthur Perkins, Felicia Perkins, Blake Perro, Lawrence Perro, Tiffany Perro, Avant Perry, Calvin K. Perry, Calvin R. Perry, Jasmine Perry, Jeffery Perry, Jeffery Perry, Joshua Perry, Shakira Perry, Shirley Perry, Angela Pesina, Jazmin Pesina, Juan Jose

Pesina, Juan Pesina, Zoe Pesina, Charity Pete, Elmina Peter, Jean Baptiste Peter, Harrison Peters, Jon'Nesia Peters,

Sybil B. Peters, Vincent Petitt, Zachary Petitt, Lambert Phillip, Andre G. Phillips, Hannah Phillips, Helen Phillips,

Henderson Phillips, Kelvin Gene Phillips, Linda Phillips, Latoya Philogene, Shardae Philogene, Almer Pickens,

Ja'Net Pickens, Alier Pickering, Irma Pickering, Annmarie Pierre, Monica Rochelle Pierre, Sim A. Pierre, Sylvia

Pierre, Joy Pieternelle, Betty G. Pines, Dylan C. Pitre, Jeff D. Pitre, Leshia Pitre, Mary W. Pitre, Nathan Pitre, Shree

Pitre, Wilford J. Pitre, Yashia Hardin Pitre, Wilford Pitre III, Wilford Pitre, Jr., Rosemary Plancarte, J'Shauon

Plattenburg, Daniella Plaza, Euklyn Plaza, Learie J. Plaza, Pamela J. Polius, Eric Polk, Jesya Everette Marie Polk,

Kyden Jerome Polk, Kyron Jerome Polk, Leilianna Polk, Princeton J. Polk, Robbie Polk, Shereda Polk, Eva Porras,

Evalena Porras, Francisco Porras, Selena Desirrea Porras, Anna L. Portales, Edward Portales, Freddie Porter, Sadie

Porter, Yenesis Porter, Re'Hianna Posey, Diana Pouncy, Rahmauni Pouncy, Henry David Powell, John Cameron

Powell, John Powell, Jordyn D. Powell, Joshua Tyrese Powell, Kaya Powell, Kevin Powell, Kimberly Powell,

Marlin Powell, Misty C. Powell, Rohesha Powell, Theresa Powell, Elide Poyotte, Daren Prater, Sharon Pratt, Darryl

Pratt, Jr., Heather Prescott, Aris Michelle Preston, Michael Preston, Michelle Preston, Amber Price, Gwendolyn

Price, Clinton Promise, Danidy Prosper, Hazel Prosper, Jerry Prout, Lisa Prout, Helen Elaine Pryor, Terry Ann

Puckett, Tadasha Punch, Pamela Qualls, Willie Jean Quinn, Daniel Ragley, Marilyn M. Ragoo, Alan Rambeau,

Veronica Ramierz, Jesus E. Ramires-Perez, Eloise Leal Ramirez, Gloria Ramirez, Jesse Ramirez, Jose Luis

Ramirez, Julio Ramirez, Manuel S. Ramirez, Maria Ramirez, Norma Ramirez, Olivia Ramirez, Samuel Ramirez,

Jose Luis Ramirez, Jr., Tosha Ramisetti, Aleaija Randall, Latonya Randall, Mariah Randle, Marlaja Randle, Marlin

Randle, Shirley Randle, Curtis Randle, Jr., Jose Rangel, Francisco Rangel, Jr., Shilon Mitchell Rashidi, Sheldon D.

Rawlins, Jr., Annie Deloris Rawls, Chastity Rawls, Deshaundrick Rawls, Bobbie Raymond, Champ Raymond,

Cheryl Raymond, Prince Raymond, Walter Raymond, Jr, Blanca E. Raynaga, Lleo Record, Jr., Dorothy Redmon,

Ella Redmon, Tenola Redmon, Joyce Reece, Laurrin A. Reece, Charles E. Reed, Linda Reed, De'Quarian K. Reid,

Isac Rendon, Audrey Reyes, Bryan Reyes, Damaris S. Reyes, Ernesto Reyes, Esperanza Reyes, Jaylah V. Reyes,

Joselin Reyes, Leroy L. Reyes, Marih S. Reyes, Marisela M. Reyes, Melany P. Reyes, Melissa Reyes, Paul Reyes,

Martin S. Reyes, Jr., Rosa Reynaga, Rosamaria Reynaga, Bennie J. Reynold, Lynn Reynolds, Shandra Rhodes,

James Rhone, Jeremy Rice, Adams Richard, Alania Richard, Albert Richard, Alesha Richard, Dorothy Richard,

Douglas Richard, Erica Richard, Evia Richard, Farryl V. Richard, Jahnyllah J. Richard, Jennifer Richard, Joseph

Wilfred Richard, Kasi J. Richard, Loyalty Janae Richard, Michael Richard, Micheal Richard, Pamela Richard,

Ranshala Richard, Rosie Lee Richard, Sahdahyah J. Richard, Shawana N. Richard, Shirley Faye Richard, Tracy Melissa Richard, Daerion Richards, Tagon Richards, Teddrick Richards, Teddrick Richards, Jr., Allena J. Richardson, Alvin Richardson, Bobbie Forman Richardson, Catherine Richardson, Courtney Richardson, Debra K. Richardson, Jasmyne Richardson, Jimmy R. Richardson, Kevin Richardson, Richelle Richardson, Shirley Richardson, Aubrieh Rideaux, Giovanni Riggins, Bianca Riley, Daza Riley, Frieda M. Riley, Glenn Riley, Jeremy Riley, Rebecca Rincon, Alicia Rios, Mariana Rivas, Barbara Rivon, Devora Rivon, Francis Rivon, Shirley Rivon, Vernell D. Roan, Solon L. Roan, Jr., Deion Troy Robbins, De'Niya Robbins, Angela Roberson, Arron Roberson, Braedyn Roberson, John Roberson, Karynthia Roberson, Kristian Roberson, Lanae Roberson, London Roberson, Ny'Jae Roberson, Odell Roberson, Quinshea Roberson, Rena A. Roberson, Tyrone Roberson, Yunae Roberson, Odell Roberson, Jr., Joy Roberts, Maurice D. Roberts, Sonya S. Roberts, Aalessea Robertson, Donald Robertson, Grady Robertson, Justin Robertson, Marques Robertson, Ollivette Robertson, Sherma Robertson, Tamiku Robertson, Tyvon Robertson, Harlan V. Robertson, Jr., Debra K. Robinson, Earsie L. Robinson, Gotti Robinson, Jessica Robinson, John A. Robinson, Kayla Robinson, Patricia Robinson, Paulette D. Robinson, Shirley Robinson, Shuntreil Robinson, Sjolanda Robinson, Tawana Robinson, Verla M. Robinson, Crispin Rocha, Maria Rocha, Rachel Rocquemom, Benita Marie Rodgers, Moieshey Rodney, Richard Rodney, Richie Rodney, Alan Rodriguez, Mario Rodriguez, Penelope Sophia Rodriguez, Joey Lee Rogero, Adella Rogers, Deandre J. Rogers, Frank L. Rogers, Ja'Niya La'Trice Rogers, Nevaeh Rogers, Ursuline Rogers, Christina Romero, Blanca A. Rosas, Esmeralda Rosas, Fernando Rosas, George Rosas, Humberto J. Rosas, Humberto M. Rosas, Humberto Rosas, Jesse Rosas, Josefina Chance Rosas, Yudith Rosas, Jesus Rosas III, Mary Rose, Henry Rosemond, Debbie Ross, Georgia Ross, Jerry Ross, Lucille Katherine Ross, Bobbie Jean Rougely-Simpson, Ellianna Jean Rountree, Nevaeh Jean Rountree, Alijah Ariel Roussell, Darielle Lashae Roussell, Darwin A. Roussell, Marvin Roussell, Shanell L. Roussell, Debra Routte, Lawerence Routte, Eugene C. Roy, Eugene Roy, Natazy S. Roy, Trinesha D. Roy, Henry Ezekiel Royal Smith, Aushanta Janae Rubin, Keith Rucker, Deshon A. Rue, Judy Rue, Krissnique M. Rue, Lashonda Rue, Danielle Ruiz, Devin Ruiz, Adalynn Russell, Amanda Russell, Amaya Russell, Andrea Russell, Canaan Russell, Cherylann Russell, Doris Russell, Edward Russell, Favyon Russell, Kinisha Russell, Leilani Russell, Tracy Russell, William Ryan, David Salinas, Abel B. Salinas, Jr., Irenus Saltibus, Veolia Lee Saltibus, Patrick Sam, Cleophus Marie Samarou, Eruille L. Sample, Earl Curtis Sampson, Marnita Joyce Sampson, Gerelle Samuel, Ira Samuel, Ivan Samuel, Octave Samuel, Pius Earl Samuel, Pius Samuel, Shanika Samuel, Shante Samuel, Undine Samuel, Winston

Samuel, Melissa Sanchez, Anita Jo Sanders, Anita Sanders, Charles Sanders, Kendal Sanders, Kenya Sanders, Kimberly Sanders, Robert Deshawn Sanders, Kendal Deon Sanders, Jr., Amani K. Sandeval, Vivien Santana, Da'Shon Satterfield, Edgar Jullian Saucedo, Valeria Lizerr Saucedo, Vanessa Anana Saucedo, Shirwyn Scope, Annette C. Scott, Barron Scott, Charlotte Scott, George Scott, George. Scott, Jai Quon Scott, Jania Scott, Jareal W. Scott, Jesse James Scott, Kellie Scott, Latrice Scott, Mae Washington Scott, Mathias Scott, Miedas Scott, Rose H. Scott, Shannon Scott, Valeria Scott, Darlene Scottt, Dean Seales, De'Von Seales, Kim Seales, Stephon Seales, Debra Seals, Aniya Sellers, Alliece Semien, Brenda Semien, Dominique Semien, Peggy Semien, Quonisha Semien, Shannon Semien, Destiny Senegal, Rodnetta Senegal, Janet Marie Sennet, Robert Lee Sennet, Sr., La Gloria R. Sephus, Dalvin D. Serino, Julian I. Serrano, Veronica Servance, Michaela Session, Kenequa Shannon, Angenette Shaw, Antonio Shaw, Bernard Shaw, London Shaw, Bernard Shaw, Jr., Allan Shearfield, Alaria K. Sheen, Cedric Shelly, Kenadi Shelrin, Carl Shelton, Brenda Shepard, Dessie Shepherd, Wilbert Shepherd, Angelica Sherman, Yvonne Sherman, Deadria Shields, Crispin Shillingford, Frankie C. Shilow, Rogers Shilow, Martin Shivers, Iris Shol, Simone Shorgoes, Jacorey Short, Johnnie Mae Short, Lamijah Short, Maria Reyna Shugart, Henry Sias, Yurik Gugene Sibley, Barbara A. Sidney-Brooks, Rayqwan J. Silcott, Raul Silva, Selna Silva, Daniel Silvas, Jodie Simelda, Maria Simelda, Magdeleine Simeon, Derrion Simien, Elijah Simien, Irelynn Simien, Nikie Simien, Tokesisha Simien, Avianna Simmons, Christian Marie Simmons, Davin Simmons, Delores Simmons, Fleater Simmons, Jacqueline Simmons, Janice Simmons, Jermaine Simmons, Jessalyne Javette Simmons, Kevin D. Simmons, Tatyanna Launette Simmons, Vera Simmons, Verretta V. Simmons, Richard Simmons, Jr., Anthony Simon, Cassandra Simon, Kenaz Mitchell Simon, Mona Simon, Noni Mitchell Simon, Arie Ana Simpson, Bettyce Simpson, Bobbie Simpson, Briasia Simpson, Brooklyn Simpson, James Simpson, Kalle Simpson, Kennedy Skye Simpson, Micah Simpson, Romeyah Simpson, Shabrea Simpson, Shamina Simpson, Dameon Lloyd Sims, Frances Ledbetter Sims, Giani C. Sims, Karrie Sims, Leroy Sims, Reginald M. Sims, Sadie Sims, Wayne Sims, Adam Sinegal, Eva A. Sinegal, Linda Sinegal, Patrcia Sinegal, Patricia Sinegal, Caleb Sinegar, Brandon Jerome Singelton, Iva Nell Singelton, Alicia Bryant Singleton, Branon Singleton, Carole Singleton, Cathy Singleton, Celeste Singleton, Christopher Eric Singleton, Eriel Jenice Singleton, Frank Singleton, Gerald Singleton, Hazel Singleton, Jackie Singleton, Jada Singleton, Jason Ramon Singleton, Kareem G. Singleton, Mary S. Singleton, Mary Singleton, Norris James Singleton, Rodrick J. Singleton, Roy Lee Singleton, Shomain Singleton, Tyra Aleese Singleton, Tyran Paul Singleton, Yolanda Gail Singleton, Harry L. Singleton, Sr, Tyran Dudley Singleton,Ii, Carolyn Sion, Kimberly

Sistos, George F. Skiinner, Deonta Slaten, Deonta Slaten, Jr., Adrian Terelle Slaughter, Darlene N. Slaughter, Delores Slaughter, Donald Slaughter, Herman Jason Slaughter, Ralph Jerome Slaughter, Carolyn Small, Leonard W. Small, Rain M. Smallwood, Agustin Erick Smith, Amain Smith, Amani Oswald Anthony Smith, Angella V. Smith, Astian Oliva Smith, Auslyn Smith, Batina Smith, Carmen Mayberry Smith, Cedric Smith, Charles Albert Smith, Charles D'Shawn Smith, Charmel Smith, Cora Smith, Danny R. Smith, Dante Smith, Delton Smith, Demon Smith, Donna D. Smith, Douglas Ray Smith, Elisa Smith, Ericka Smith, Evelyn P. Smith, Ginger Smith, Henry Smith, Hermell Lee Smith, I'Keevion Smith, Josephine Smith, Joshua Smith, Keith Smith, Kimley Smith, Krystal Smith, Lejon Smith, Lena M. Smith, Mahogany Mason Smith, Marlene Ranette Smith, Mary Allen Smith, Mary B. Smith, Michael F. Smith, Myrtle L. Smith, Nathan Smith, Patricia L. Smith, Patricia Smith, Paula Smith, Rhonda Smith, Robert L. Smith, Rodnecia Smith, Roy Allen Smith, Samantha Smith, Sancho Smith, Sandra K. Smith, Sheri D. Smith, Sieux Smith, Talya Smith, Tanya Lynette Smith, Telca Smith, Temeka Smith, Tineshia Smith, Titus Smith, Troy Smith, Troynae Smith, Vanessa Smith, Viola Smith, Willa Smith, Willie B. Smith, Nathaniel G. Smith, Jr, Samson J. Sngleton, Jr., Luella Soileau, Shalan Sharon Soileau, Esther Sonny, Matilde Sosa, Bertha Sowells, Kerry Speed, Jr., Harold Speed, Jr., Beverly Speights, Debbie Speights, Donald Speights, Dorsey Ryan Speights, Faith Speights, Lester R. Speights, Matthew Speights, Melissa Speights, Sandra D. Speights, Tramaine Speights, Estus Speights, Jr., Rosie W. Spence, David Spence, Jr., Dedrick J. Spencer, Gianni J. Spencer, Irielle Spencer, Jamie Re'Shell Spencer, Janice Spencer, Kayla Spencer, Mary Josephine Spencer, Rosemary Spencer, Stephanie Spencer, Vanessa Lewis Spencer, Joel Spivey, Relanda Spriggins, Dyzmond St Andre, Kehlin St Andre, Ignatius St Ange, Jade St Ange, Shon St Ange, Theresa St Ange, Maurina St Brice, Sharon St Brice, Belinda Kay St Julian, Erick St Julian, Kanard St Julian, Regina St Julian, Ernest St Julian II, Gary St Julien, Esther St Juste, Jeffrey St Romain, Joseph St Romain, Cassius St, Brice, Charlise St. John, Alton J. St. Julian, Earnest Chance St. Julian, Jaylon St. Julian, Kenneth Ray St. Julian, Robert St. Julian, Tony St. Julian, Cathline St.John, Erica M. St.John, Paiiden Stafford, Rebecca Stanek, Brandon Stanforth, William M. Stanforth Iv, Lionel Stanley, Tiyanna Stanley, Alaric Starks, Nylah R. Starks, Cayden Staten, Mason Staten, Karen Steele, Brazhan Stelly, Jasmine Stelly, Masen Stelly, Mitchell Dewayne Stelly, M'Khye Stelly, Madelene Stephen, Peter Stephen, Jessica Stephens-Woodruff, Katisha Stevens, Mary B. Stevens, Paulette Marie Stevens, Yanda Faye Stevens, John C. Stevens, Jr, Billy Stevenson, Alex Stewart, Brenda Stewart, Donna R. Stewart, Edward Stewart, Kathleen Mosley Stewart, Lola M. Stewart, Madye R. Stewart, Nile Stewart, Noah Stewart, Patrick Mcvey Stewart, Patty Stewart, Sharon Stewart, Sheryl Stewart, Zion

Stewart, Anita M. Stjulian, Avione Street, Ciara Street, De'Stynie Street, Mieasha N. Street, Soraya Street, Jordan Streety, Kenneth James Stribling, Bonnie J. Swafford, Larry Swain, Antoinette Swanagan, Joyce Swanagan, Alberta Swanson, Deandre Swayzer, Ratousha Tackwood, Thomas J. Talor, Viola Tanner, Thaddeus Tate, Angelica Tatum, Gracie Tatum, Tarnetta Tatum, Christion Amirade Taylor, Cynthia Taylor, Ja'Mel Ty'Zel Taylor, Joseph A. Taylor, Kali Taylor, Larhonda Taylor, Linda Taylor, Marcus Taylor, Rhonda Taylor, Rickey Taylor, Semaje Taylor, Taijanee Taylor, Tamika Patrice Taylor, Taylynne Taylor, Terrence Taylor, Tre'Shonn Taylor, Tyrell Taylor, Tyra Taylor, Terrance Taylor, Jr., Kirk Telemaque, Wana Temple, Brushund Terrell, Jesse Terrell, Kimberly Terrell, Fidelis K. Terris, Walter Terry, Jr., Test Test, Jaynee Tevault, Kyle D. Tezino, Reginold Paul Tezino, Ronald Troy Tezino, Tiffany Tezino, Willie J. Tezino, Willie Tezino, Sennen Theodore, Shirmel Thibodeaux, Doris Thierry, Alijah Thomas, Andrew Thomas, Avery J. Thomas, Ayden Thomas, Britnee Thomas, Brittany Thomas, Cedric A. Thomas, Chauntel Thomas, Christine A. Thomas, Cora Lee Thomas, Cosford Thomas, Crystal Thomas, Deja Thomas, Delya Thomas, Dennis Thomas, Donnell Thomas, Erma Thomas, Gilbert Lee Thomas, Herodutus Thomas, Jairone Thomas, Jesse Ray Thomas, Kalmah Thomas, Karen Lynette Thomas, Karyn Thomas, Keena Thomas, Kenneth Thomas, Laura Thomas, Lionell Thomas, Madison Thomas, Nathan F. Thomas, Nathaniel Thomas, Ronquel Thomas, Roosevelt Henry Thomas, Roy L. Thomas, Sandra Thomas, Terryn Thomas, Tiffany Thomas, Verlyn Nakima Thomas, Veronique Thomas, Victor Lee Thomas, Anthony C. Thompson, Bashadrea Thompson, Betty Thompson, Brandy Thompson, Cordarian Thompson, Darold G. Thompson, Jesse Ray Thompson, Jesse Thompson, Katherine M. Thompson, Ella Mae Thornton, Tommy Thornton, Shanicey Alize Tijerina, Betty Tillman, Chayse Todd, Andrea Toliver, Tiana Toliver, Makayla Tompkins, Emma Toran, Virginia Toran, Adrian Torres, Ariel Marie Torres, Christina Torres, Consuelo Torres, Efrain Torres, Erica Torres, Erieanna Torres, Jordan Torres, Louis Torres, Louise Torres, Lucis Torres, Miracle Torres, R0Sa Torres, Shelby Ann Torres, Traequell Torres, Victoria Torres, Adrian Torres, Jr., Aaron E. Touchstone, Barbara Toussaint, Franklyn Toussaint, Matilde Tovar, Dashwameauall Townsend, Victoria Tran Le, Nayelli Trejo, Olga Trejo, Osualdo Trejo, Yamari Trejo, Crystal Trench, Lee Trent, Reynaldo Trevino, Jr., Lloyd David Trim, Jr., Kevin Trowbridge, Alexus Trower, Raquel Trower, Norma Trujillo, Deborah Tubbs, Devante Turner, Jayla Turner, Teresa Turner, Tyquan Turner, Tyrese Turner, Zasha Turner, Zashay Turner, Zaviay Turner, Aqueena Tyler, Derrick Tyler, Dedra Underwood, Alexis Uriostegui, Grecia Uriostegui, Oscar Uriostequi, Melissa L. Urquia, Delita Uwanda, Maverick D. Uzzle, Edwyn Valdez, Melvin Valdez, Trystan Valdez, Edwyn Valdez, Jr., Adriana Valdovinos, Carlos I. Valdovinos, Juan

Valdovinos, Kimberly Valdovinos, Roberto Valdovinos, Saory Valdovinos, Erick Valencia-Diaz, Amanda Valenzuela, Juan Valenzuela, Monique Valenzuela, Zetra Valeri, Telvyn Vallaire, Terry D. Vallaire, Terryll Vallaire, Zelma Vallaire, Amairani Vallejo, Gustavo Vallejo, Maria G. Vallejo, Christina Vallin, Maria Vallin, Jadon Vargas, Julian Vargas, Maria Jenesis Vargas, Adam Vega, Alejandra Vega, Ava Sky Vega, Jessica Vega, Alexander Vega, Jr., Kasilita Veimau, Jessica Vela, Walter E. Velden, III, Rayvon Venner, Connie Venson, Lawrence Venson, Montranique Venson, Raynard Venson, Katrina Vernege, Roger O. Vickery, John T. Victor, John Trestin Victor, Ronald Victorian, Antonio J. Villegas, Bianca A. Villegas, Carolina C. Villegas, Demarco O. Villegas, Reyna I. Villegas, Rosa Marie Villery, Keele Dijonay Vital, Keyshawn Tremale Vital, Shatara Monique Vital, Amber Wade, Derrick Wade, Jayden Wade, Latonya Wade, Philomene H. Wade, Veronica J. Wade, Milton Wade, Jr., Wendell Wagner, Kenya Waites, Scarlett Walden, Christopher Walder, Marcelina Waldo, Aderian Wayne Walker, Adrian Walker, Alicia Walker, Alton James Walker, Braelen Walker, Chloe Walker, Clifford Walker, David Walker, Denise Walker, D'Evonte Walker, Gwendolnyn Walker, Jaquarian Welder Walker, Jatona Walker, Jermaine Walker, Kasey King Walker, Lacy Walker, Leopohoes Walker, Madeline Walker, Michael Walker, Shelia Walker, Velma Ruth Walker, Walter Walker, Waun Walker, Justin Thomas Walker, Jr., Walter Walker, Jr., Zia'Keria Wallace, Za'Naisa Walls, Cassandra Ward, Fatih Ward, Jada Ward, Jocelyn Ward, Joseph Clayton Ward, Kelsey D. Ward, La Quinta Ward, Lorenzo James Ward, Michael Ward, Tierra Ward, Tiffany Ward, Virginia Ward, James Lee Ward, Jr., Michael Ward, Sr., Brianna Warren, Devonte Eugene Warren, Horace Warren, Katherine Marie Warren, Lashonda Warren, Lillian Warren, Nekeisha Warren, Richard Warren, Rickitta Warren, Terry L. Warren, Trevon Donte Warren, Walter R. Warren, Idell Warren, Jr., Francis Wartel, Celina Washington, Charles A. Washington, Kylei Washington, Tawana Washington, Edward Marlow Waters, Timothy Watson, James W. Watty, Valentine Watty, Ayzha Webb, Caius Webb, Linda Webb, Robert Lee Well, Carmelita West, Gloria Mae West, Jeff West, Kandice West, Kimblay West, Marsha West, Sharmaine West, Taylor Loren West, Terria West, Carla Whatley, Adrian Wheatfall, Albert ,. Wheatfall, Albert Wheatfall, Carroll D. Wheatfall, Dessia Wheatfall, Harold Wheatfall, Iniqua Wheatfall, Jacobey Wheatfall, Polea Jo Wheatfall, Robert K. Wheatfall, Vernice Y. Wheatfall, John Jacob Wheeler, Nygala Wheeler, Adrian Whitaker, Claude Whitaker, Frederick Whitaker, Mary Whitaker, Myka Whitaker, Naria Whitaker, Natanya Whitaker, Nicholas Whitaker, Sharron Whitaker, Alaiyah White, Alclair White, Ariah White, Bethanie White, Bieanca C. White, Carla White, Ivory White, Kendarrius White, Kenneth White, Kinya White, Latasha White, Michael White, Ruby Johnson White, Sterling White,

Tawanda White, Wendy White, Za'Hara White, Fred White, Jr., James W. White, Sr., John M. White, Sr., Daureonce Whitting, Gisselle Wiggins, Bentrell Wilcox, Kye Nicholas Wilcox, Daishee Wiley, La'Miyah Wiley, Myesha Wiley, James G. Williams, Leo Williams, Jr., Adreana Williams, Armoni Williams, Arthur Williams, Barbara Williams, Brendien Williams, Brian Keith Williams, Carl Wayne Williams, Charles Williams, Charles Williams, Christopher Williams, Cindy Williams, Clement Williams, Comanecia Williams, Crystal Williams, Cyril Williams, Dash Earl Williams, Davonte J. Williams, Deandrian Williams, Diezle Williams, Edith Williams, Elfa M. Williams, Elie Williams, Erica Williams, Esaw Jermaine Williams, Ezra Williams, Frances Williams, Frank J. Williams, Fredrick J. Williams, Genesis Williams, Glenda Hunter Williams, Icelynn N. Williams, I'Yana E. Williams, Jakeith Williams, Jamekia La'Sha Williams, Janet Lawrence Williams, Javon Williams, Jenelle Williams, Jenill Williams, Jeremy J. Williams, Jordan Williams, Joya Williams, Karen Williams, Kattie Williams, Keithtrick Deshawn Williams, Kevin Deshawn Williams, Kharly Williams, Kiana Meche Williams, Kiarra Williams, Koret Williams, Kori N. Williams, Kyanna Williams, Laquitha Williams, Lawanna Williams, Leeanna M. Williams, Leeroy Williams, Lillian Williams, Lois Williams, Lola Williams, Lydia Williams, Mable Williams, Mae Gloria Williams, Malachi Williams, Michael Williams, Miriam Williams, Nalani Williams, Nylan Williams, Ovelia Williams, Patricia Williams, Patrick L. Williams, Peggy Williams, Prestashia Williams, Quentin Williams, Raney L. Williams, Rayjean Williams, Robin Williams, Shendrell M. Williams, Sidney Williams, Tatiana Williams, Tina R. Williams, Venesta Williams, Jesse J. Williams, III, Jessie J. Williams, III, James Williams, Jr., James Williams, II, Albert Williams, Jr., Michael Williams, Jr., Bronda Williams-Coats, Leroy Williamson, E J. Willie, Betty J. Willis, Jackson Willis, Kiara Willis, Lyonse Willis, Schande Willis, Benjamin Wilson, Bonnie R. Wilson, Carl Wilson, Carla Wilson, Chelsie Wilson, David Wilson, Devonta Wilson, Eugina Wilson, Gloria Wilson, Jayden Wilson, Joe Wilson, Joshua Wilson, Kierra Wilson, Lincton Wilson, Loney Wilson, Loyce A. Wilson, Nina Wilson, Ray Wilson, Rayehasen Wilson, Roechene Wilson, Shirlean Wilson, Tammy Marie Wilson, Tyrese K. Wilson, Tyrone F. Wilson, Vivian Wilson, Von Wilson, Felicia Annette Windfont, Leon Windom, Devontre Winfrey, Cassandra Wise, Dekadrion Wise, Onisty Wise, Barbara Witt, Huton Charles Wolfe, Tracey Wolfe, Kendall Womble, Becky Woods, Michael Woods, Brittney Wooley, Chauncy Wooley, Ijena Wooley, Lee Anthony Wooley, Sharon Wooley, Sharonda Wooley, Ziamora Wooley, Julie Marie Worthington, Marcus L. Worthington, Jr., Mary Wright, Randy Wright, Raylen Wright, Mariah Wyatt, Josiah Wyble, Wanda Wydermyer, Hearns Xesmielle, Carolyn Yancy, Bobbi Yarbrough, Wesley Glen Yarbrough, Gabriel O. Ybarra, Jr., Gloria Yoakum, Alicia William Young, Aury T.

Young, Curry B. Young, Devon Young, Rijohn Young, Roy C. Young, Lavonte Younger, Austin Zachary, Kelly M. Zachary, Lisa Zachary, Janet Zachery, John Zachery, Ysema Zamora, Diwanna Zapalac, Jeremy Zapalac, Emilee Raine Zbranek, Melissa Zenker, (hereinafter collectively "Claimants"), under protest and without prejudice to Claimants' position that this proceeding has been improperly filed and should be dismissed, and file these Claims to the Original Complaint for Exoneration from or Limitation of Liability filed by Maersk Tankers AS as ("Petitioner").

In support thereof, Claimants would show unto this Honorable Court the following:

## I.
## CLAIMS FOR DAMAGES

1.01 This Court has jurisdiction over these proceedings pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1333. This is an admiralty or maritime claim within the meaning FED. R. CIV. P. 9(h).

1.02 Petitioner has appeared in this action and is subject to this Court's jurisdiction by virtue of filing it Complaint for Exoneration From or Limitation of Liability. Petitioner admits that it is the owner of the M/T CARLA MAERSK. Service on Petitioner is by service on its attorneys of record.

1.03 Claimants are residents of Texas. On or about Monday, March 9, 2015, or shortly thereafter, Claimants were located in the LaPorte, Baytown, Morgan's Point area of Texas near the Houston Ship Channel, when a collision occurred at approximately 12:31 p.m. the Liberian registered, 623-foot-long bulk carrier M/V CONTI PERIDOT and the 599-foot-long Danish flagged chemical tanker M/T CARLA MAERSK collided near buoys 89 and 90 in the Houston Ship Channel, Upper Galveston Bay, southeast of Morgan's Point, Texas, in the navigable waters of the Houston Ship Channel.

1.04    As a result of the collision, the hull of the M/T CARLA MAERSK was breached, causing unknown quantities of Methyl Tertiary Butyl Ether ("MTBE"), a fuel additive for gasoline, to be released and spread into the Houston Ship Channel and Terminal.

1.05 Based upon the National Transportation Safety Board's Preliminary Marine Accident Summary, the facts of the collision are as follows: The M/V CONTI PERIDOT weighed anchor offshore at the entrance to the Houston Ship Channel and boarded a pilot, and then proceeded inbound at about 0930 up the channel to City Dock 24 to discharge its cargo of steel rolls.   About the same time, the M/T CARLA MAERSK departed Kinder Morgan Terminal in Galena Park, Texas, with a pilot on board and carrying 216,049 barrels (bbls) of methyl tertiary butyl ether (MTBE) outbound for Venezuela.  As the vessels proceeded with their transits, radio transmissions between vessels reported developing fog in the Houston Ship Channel.  At 1130, Houston Pilots suspended pilot boarding at the entrance channel due to fog. Piloted vessels already under way continued their transits.   An hour later, with visibility estimated by the M/V CONTI PERIDOT pilot to be a ship's length, both vessels were at half-ahead traveling just over 8 knots as they approached each other south of Morgan's Point.  The pilot on the M/V CONTI PERIDOT was having trouble returning to the channel center after passing another vessel and initiated a port-to-port passing arrangement with the pilot on the M/T CARLA MAERSK.    After this

arrangement was made, the M/V CONTI PERIDOT moved to the left side of the channel and then back to the right. The M/V CONTI PERIDOT pilot then ordered hard starboard and full ahead in an effort to counter his vessel's anticipated movement to the left. The pilot on the M/V CONTI PERIDOT warned the pilot on the M/T CARLA MAERSK that he was coming back across the centerline of the channel toward his vessel. When the pilot on the M/T CARLA MAERSK saw the bow of the M/V CONTI PERIDOT emerge from the fog, he ordered hard starboard and full ahead in an effort to avoid what he perceived to be an imminent collision. The M/V CONTI PERIDOT's bow struck the port side of the M/T CARLA MAERSK, penetrating the two port wing ballast tanks and the no. 4 port cargo tank, which held about 15,495 bbls of MTBE. After the impact, the M/T CARLA MAERSK developed a port list, and the crew took action to move cargo and ballast to correct the list.

*See* National Transportation Safety Board No. DCA 15MM017, Preliminary Marine Accident                                                                 Summary.
http://www.ntsb.gov/investigations/AccidentReports/Pages/DCA15MM017_preliminary.aspx

1.06  MTBE is an additive used to raise the octane in gasoline, though such use has been outlawed in the United States due to the hazardous properties of MTBE.  MTBE is identified under section 112(b) of the U.S. Clean Air Act Amendments of 1990 [42 U.S.C. §7412(b)] as a Hazardous Air Pollutant ("HAP").  This followed the U.S. Environmental Protection Agency's determination that it is known to have, or may have, adverse effects on human health or the environment.  Even petroleum industry-sponsored studies conclude that carcinogenic effects are associated with MTBE exposure.  Indeed, in a 2012 "special contribution" published in the *International Journal of Occupational and Environmental Health*, the authors found it "entirely plausible that MTBE would cause cancer in multiple organs," and concluded this whilst citing multiple sources:

> Thus, the overall scientific evidence on MTBE is consistent with criteria established by national and international health agencies for classifying an agent in the absence of human data as a 'probable human carcinogen' (International Agency for Research on Cancer, 'reasonably anticipated to be a human carcinogen' (National Toxicology Program), or 'likely to be carcinogenic to humans' (U.S. Environmental Protection Agency).

Kathleen M. Burns & Ronald L. Melnick, *International Journal of Occupational and Environmental Health*, Vol. 18, No. 1, at 68 (2012).

1.07 Claimants inhaled and/or were exposed to the toxic MTBE vapors and were among those citizens in the vicinity of the collision who were ordered by the local authorities and United States Coast Guard to "shelter in place."  Despite their best efforts to avoid inhalation and exposure to toxic MTBE vapors, Claimants continued to inhale and/or be exposed to the toxic MTBE vapors for a considerable period of time.  As a result of inhaling and/or being

exposed to the MTBE hazardous vapors and gases, Claimants suffered headaches, nausea, and dizziness, among other ailments, with many requiring medical treatment.

1.08 At all times material hereto, the M/T CARLA MAERSK was owned, operated and/or managed by Petitioner Maersk Tankers AS.  Due to the negligent and/or careless acts of commission, omission, or other legal fault of Petitioner as owner and/or operator *pro hac vice* and/or operator of the M/T CARLA MAERSK in navigating the vessel within the Houston Ship Channel and violation of applicable International Regulations for Prevention of Collisions at Sea ("COLREGS") and Inland Navigational Rules Act of 1980, among other things, Claimants were exposed to the hazardous and toxic MTBE vapors and suffered injuries.

1.09 By virtue of its ownership, operational, and/or management interests in the M/T CARLA MAERSK, Petitioner is liable and accountable for the injuries sustained by Claimants due to the negligent acts or omissions committed by said vessel, its agents, representatives and/or employees; including, but not limited to, one or more of the following particulars:

(a)     Failing to follow and adhere to applicable Inland Navigational Rules;

(b)     Failing to properly train and/or supervise its officers and crew in the operation and navigation of the vessel;

(c)     Failing to maintain a proper and competent lookout;

(d)     Failing to sound and/or display appropriate signals required under the circumstances, especially in restricted visibility;

(e)     Failing to proceed at a safe speed under the circumstances at the time of the collision;

(f)     Failing to take proper and effective action to avoid the collision and/or be stopped within a distance appropriate under the circumstances at the time of the collision;

(g)     Failing to take prompt and efficient measures to contain the release of MTBE;

(h)     Failing to comply with applicable international and maritime safety

standards, statutes, and regulations designed to prevent incidents of this sort; and/or

(i)    Other acts so deemed negligent, particulars to be shown at trial of this cause.

1.10 Upon information and belief, the foregoing condition(s) were within the privity and knowledge of Petitioner.

1.11 Claimants would show that all aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Claimants.

1.12 Petitioner owed to Claimants duties of ordinary and reasonable care in maintaining and operating the M/T/ CARLA MAERSK and to guard against and/or prevent the spilling of, and exposing Claimants to, MTBE.  Petitioner breached those legal duties owed to Claimants by acting without reasonable care and with reckless, willful, and wanton disregard in the negligent maintenance and operation of the M/T CARLA MAERSK, and in spilling and exposing Claimants to MTBE.  Petitioner knew or should have known that its willful, wanton, and reckless maintenance and operation of the M/T CARLA MAERSK would result in a collision and spill that would be hazardous to Claimants working in proximity to the spilled MTBE.  Petitioner acted with gross negligence, willful misconduct, and reckless disregard for human life, the environment, and the wellbeing of Claimants.  Claimants are thereby entitled to a judgment finding Petitioner liable to Claimants for damages suffered as a result of Petitioner's gross negligence and/or willful misconduct, and awarding Claimants adequate compensation in an amount to be determined by the trier of fact, including punitive damages for Petitioner's conduct.

1.13 Nothing the Claimants did or failed to do on the occasion in question caused or in any way contributed to their injuries sustained at the time in question.

1.14 Claimants, respectively, bring claims pursuant to the general maritime laws of the

United States, as supplemented by state law, for economic loss; past and future medical expenses, physical pain, suffering, and/or mental anguish; emotional distress; anxiety; and reasonable fear of developing future physical and medical problems.

1.15 These claims are being made under protest and without prejudice to Claimants' position that this Limitation of or Exoneration from Liability proceeding should be dismissed and is improper on a variety of grounds, including but not limited to:

(a)    Inadequate security has been posted; and

(b)    The value of the vessel is greatly understated.

1.16 Similarly, this claim is being made without prejudice to Claimants' right to challenge the sufficiency of Petitioner's limitation fund by written motion and/or moving this honorable Court for an order to increase the value of said limitation fund.

## II.
## DAMAGES

2.01    Claimants suffered personal injuries and damages as a result of their exposure to MTBE that was released from the M/T CARLA MAERSK into the environment as a result of the collision between the M/T CARLA MAERSK and M/V CONTI PERIDOT.

2.02    Claimants are entitled to maintain an action and affirmatively seek recovery from Petitioner for the following damages arising from their injuries:

(a)    Economic loss and compensatory damages;

(b)    Reasonable and necessary medical and other health care related expenses, assistance, and treatment in the past and future, attributable to the injuries inflicted upon Claimants as described herein;

(c)    Physical pain and suffering in the past and future;

(d)    Mental anguish and suffering in the past and future;

(e)     Physical impairment in the past and future;

(f)     Inconvenience;

(g)     Loss of the quite enjoyment of their homes and/or property;

(h)     Punitive damages to the fullest extent available under the law;

(i)     Attorneys' fees and costs of litigation; and

(j)     All such other and further relief available under all applicable laws
and any further relief the Court deems just and appropriate.

## III.
## INTEREST

3.01 Claimants seek prejudgment and post judgment interest as allowed by law.

## IV.
## CONDITIONS PRECEDENT SATISFIED

4.01 Claimants allege that all conditions precedent to the maintenance of this action have been met or satisfied.

## V.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Claimants demand judgment against Petitioner for their damages in an amount to be determined by this Honorable Court, in addition to prejudgment and post judgment interest, and all costs of court.

Respectfully Submitted,

*/s/ Vic Bonner*
Victor Bonner
Federal ID# 16585
State Bar # 02609500
4820 Old Spanish Trail
Houston, TX 77021
713-842-7700 Phone

713-842-1551 Fax
attyvicbonner@yahoo.com

**ATTORNEYS FOR CLAIMANTS**