United States District Court
Southern District of Texas
**ENTERED**
January 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| IN RE: IN THE MATTER OF THE COMPLAINT OF MAERSK TANKERS, AS OWNER AND OPERATOR OF THE M/T CARLA MAERSK, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, *et al*, <br><br>  Plaintiffs, <br> VS. <br><br> HOUSTON PILOTS, *et al*, <br><br>  Defendants. | CIVIL ACTION NO. 3:15-CV-106 |

## ORDER

Pending before the Court is Claimant Houston Pilots' Motion for Summary Judgment. Dkt. 189. Counter-claimants Maersk Tankers ("Maersk") as well as Conti 168 Schiffarts-GMBH & Co. Bulker KG MS and BBG-Bremer Bereederungsgesellschaft mbH & Co. KG ("Conti") responded to the motion (Dkts. 198 and 196, respectively). Houston Pilots replied (Dkt. 205). On August 11, 2016, United States Magistrate Judge John R. Froeschner entered a Report and Recommendation ("R & R"). The R & R recommended granting Houston Pilots' motion for summary judgment and dismissing the counter-claims brought by Maersk and Conti.

Neither Maersk nor Conti objected to the R & R, though they had the opportunity to do so. Because the parties declined to object to the R & R, the Court **ADOPTS** its findings and conclusions. Houston Pilots' Motion for Summary Judgment is therefore **GRANTED**.

It is hereby **ORDERED** that the counter-claims against Houston Pilots (Dkts. 147, 166) are hereby **DISMISSED.**

SIGNED at Galveston, Texas, this 5th day of January, 2017.

_____
George C. Hanks Jr.
United States District Judge