Case 3:15-cv-00106   Document 303   Filed in TXSD on 03/02/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: IN THE MATTER OF THE COMPLAINT OF MAERSK TANKERS, AS OWNER AND OPERATOR OF THE M/T CARLA MAERSK, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, *et al*, | § § § § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-106 |
| | § | |
| HOUSTON PILOTS, *et al*, | § § | |
| Defendants. | § | |

**PARTIAL DISMISSAL ORDER**

Before the Court is Claimant Mac Metal Sales' Unopposed Motion for Dismissal. Dkt. 302. Upon consideration of the unopposed Motion, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Motion is **GRANTED**.

It is hereby **ORDERED** that claimant Mac Metal Sales PA, Inc. is hereby **Dismissed without prejudice** from this cause of action.

It is further **ORDERED** that all costs are taxed against the party incurring them.

This Order does not affect the remaining claims and parties.

SIGNED at Galveston, Texas, this 2nd day of March, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge