United States Courts
Southern District of Texas
FILED
JAN 12 2022
Nathan Ochsner, Clerk of Court

Your honor,                                    Re: 3:15 CV 106

 I am Sy'mora Holt. I have funds held in the registry of the court. I've turned 18 years old December the 17th and I am requesting that the funds be released to me.

 Please have the funds sent to 3842 Cary Creek Baytown, TX 77521.

— Sy'mora Holt    S.H.
                  01/12/22

3:15 CV 106

Re: