United States District Court
Southern District of Texas

**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

In Re: In the Matter of the Complaint of Maersk Tankers, et al.

§
§
§
§ CASE NO. 3:15-CV-000106
§
§
§
§
§

# ORDER GRANTING
## MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT

Pending before the Court is movant's Motion to Withdraw Funds from the Registry of the Court. As evidenced by supporting documentation provided with movant's motion, movant has attained the age of majority. Movant's motion, therefore is GRANTED. It is

ORDERED that the Clerk of Court shall release funds held in the Registry of the Court on behalf of Elliana Espinoza– principal and interest – and deliver these funds to her at the address specified in the motion.

SIGNED at _____Houston_____, Texas, this _12th_ day of February, 2024.


_____
JUDGE PRESIDING

